UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21577 CIV-GOLD/Turnoff

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC., GREATER MIAMI
CHAPTER, MIAMI-DADE COUNTY
STUDENT GOVERNMENT
ASSOCIATION,

      Plaintiffs,

v.

MIAMI-DADE COUNTY SCHOOL
BOARD, RUDOLPH F. CREW, in his
official capacity as Superintendent of
Schools, Miami-Dade County Public
Schools,

      Defendants.

_____/



## APPENDIX TO DEFENDANTS' INITIAL MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION



## INDEX TO APPENDIX

**App.**

Affidavit of Alberto Pimienta................................................................................................A

Affidavit of Juan Clark, Ph. D..............................................................................................B

Affidavit of Dr. Lydia Usategui ............................................................................................C

1540743

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was

furnished by hand delivery or facsimile/U.S. Mail this ___14th___ day of July, 2006 to:

JoNel Newman, Esq.                          (*VIA HAND DELIVERY*)
University of Miami School of Law
1311 Miller Drive
Coral Gables, Florida 33146
Telephone: (305) 284-4125
Facsimile:  (305) 284-1588
E-mail:  jnewman@law.miami.edu

Randall C. Marshall, Esq.                    (*VIA HAND DELIVERY*)
Rosalind J. Matos, Esq.
ACLU Foundation of Florida, Inc.
4500 Biscayne Boulevard
Suite 340
Miami, Florida  33137-3227
Telephone:  (786) 363-2700
Facsimile:   (786) 363-1108
E-mail:  rmarshall@aclufl.org
E-mail:  rmatos@aclufl.org

Walter E. Forehand, Esq.            (*VIA FACSIMILE AND U.S. MAIL*)
Lewis, Longman & Walker, P.A.
125 South Gadsden Street
Tallahassee, Florida  32312
Telephone:  (850) 222-5702
Facsimile:   (850) 224-1600
E-mail:  wforehand@llw-law.com


Richard J. Ovelmen

# APPENDIX A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21577 CIV-GOLD/Turnoff

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC., GREATER MIAMI
CHAPTER, MIAMI-DADE COUNTY
STUDENT GOVERNMENT
ASSOCIATION,

        Plaintiffs,

v.

MIAMI-DADE COUNTY SCHOOL
BOARD, RUDOLPH F. CREW, in his
official capacity as Superintendent of
Schools, Miami-Dade County Public
Schools,

        Defendants.

_____/

## AFFIDAVIT OF ALBERTO PIMIENTA

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF MIAMI-DADE  )

      Personally appeared before the undersigned officer, duly authorized to

administer oaths, Alberto Pimienta, who states under oath as follows:

      1.      My name is Alberto Pimienta and I am over the age of 18.

      2.      I have been the Instructional Supervisor of Library Media Services

for the Miami-Dade Public Schools since 2003. (C.V. Exhibit 1 hereto). In that

capacity, I am responsible for, among other things, implementing the procedures

regarding library media services throughout the School District. As Supervisor, I

have a thorough understanding of the process for evaluating and selecting library materials and the role of library books and libraries in the educational process.

3.     From 2000 until 2003, I was an Educational Specialist of Library Media Services for the School District. I was responsible for, among other things, developing and ordering library collections for new schools.

4.     From 1998 until 2000, I was a library media specialist at the Barbara Goleman Senior High School. In total, I have worked in the Miami-Dade County school system for 16 years.

5.     Library books are considered "instructional materials" which are an integral part of the curricular process and are used principally to enhance and support the curriculum in Miami-Dade County public schools. They are also used to provide recreational reading materials.

6.     Indeed, School Board Rule 6Gx13-6A-1.26 (the "School Board Rule") provides that library books are "instructional materials" and that they are "fundamental resources for schools for enhancing instruction, furthering the pursuit of knowledge, and providing experiences of educational significance for class groups or for individual students." (Ex. 2 hereto). The School Board Rule further provides that school libraries should contain "[a] wide range of materials that support the instructional program." (*Id.*).

7.    The School Board Rule requires library books and textbooks to be evaluated for selection pursuant to the same 15 criteria:

1. **EDUCATIONAL SIGNIFICANCE** (Material is valuable to an individual course of study or to the library media collection; the degree to which the material would be supplemented and explained by mature classroom instruction.)

2. **APPROPRIATENESS** (Material is geared to the age, maturity, interest, and learning levels of students for whom it is intended.)

3. **ACCURACY** (Nonfiction information is correct, recent, and objective.)

4. **LITERARY MERIT** (Fiction has a noteworthy plot, setting, characterization, style, and theme.)

5. **SCOPE** (Content is covered adequately to achieve its intended purpose.)

6. **AUTHORITY** (The author, editor, or producer has a superior reputation for producing materials of this nature.)

7. **SPECIAL FEATURES** (Item has maps, charts, graphs, glossaries, and/or learning aids that are unique or valuable.)

8. **TRANSLATION INTEGRITY** (Material translated from one language to another maintains the stylistic characteristics of the original.)

9. **ARRANGEMENT** (Concepts are presented in a logical sequence and in a way that assures learning.)

10. **TREATMENT** (Typeset, visuals, style, and/or medium captures and holds the student's attention.)

11. TECHNICAL QUALITY (Sound is clear and audible; visuals project clearly.)

12. AESTHETIC QUALITY (Material is superior to similar items in attractiveness and presentation of content.)

13. POTENTIAL DEMAND (Item has particular timeliness or popular appeal.)

14. DURABILITY (Material has the potential for frequent use or is of a nature that it will be considered consumable.)

15. No books or other material containing hard-core pornography or otherwise prohibited by Section 847.012, F.S., shall be used.

(*Id.* at IV A). Library books and textbooks are also required to be evaluated for

bias-free content in the following five areas:

1. CONTEXTUAL INVISIBILITY (The omission or under representation of various racial and ethnic groups, people with disabilities, older people, women and people from a variety of social classes.)

2. STEREOTYPING AND CHARACTERIZATION (Assignment of traditional and rigid roles or attributes to a group.)

3. HISTORICAL DISTORTIONS AND OMISSIONS (Materials which present only one interpretation of an issue, situation, or group of people.)

4. LANGUAGE BIAS (Materials which perpetuate single-standard language usage that reflects bias based on gender, race, ethnicity, disability, age, and class.)

5.    INACCURATE    AND    STEREOTYPICAL VISUAL IMAGES (Pictures which present and reinforce sexism, racial and ethnic stereotypes, etc.)

8.    The School Board's Library Media Services Policies and Procedures Document (the "Policies and Procedures Document") recommends specific procedures for the evaluation and selection of library materials by the library media specialists at each school library. (Chapter V attached as Ex. 3 hereto). The Policies and Procedures Document explains that: "Today's library media program plays an integral role in educating students for the future." (Ch. 5 V/4).

9.    The Document specifically instructs that:

> The library media specialist should cooperatively evaluate and select materials with other teachers and administrators in order to match classroom curriculum with the students' needs and abilities. The library media specialist should be an active participant on committees that impact the curriculum of the school. Serving on these committees allows the library media specialist to integrate the library media program into the instructional plans of the teachers. In working continuously toward building a superior collection, the library media specialist and the classroom teacher should become a team, working together in a partnership to select materials that will effectively support the goals of the educational program.

10.    The evaluation and selection of library materials to enhance and support the curriculum is a continuous process conducted by the library media specialists at each school. (Ch. 5 at V/12). The library media specialists continually update and build their collections through a process that involves

5

replacing obsolete material; reviewing print catalogs and review journals; and receiving recommendations from administrators, teachers and students. (*Id.*). The principal of each school makes the final decision regarding the selection of library materials based upon the recommendation of the library media specialist. (*Id.*).

11.    Miami-Dade County elementary school libraries serve children in grades kindergarten through fifth grade.   The fundamental purpose of these elementary school libraries is to further the curriculum and to promote the importance of reading. This is accomplished in a number of ways.

12.    For example, teachers collaborate with library media specialists to teach students library skills.   Students are taught library skills by the library's media specialist.  The School District has a Competency Based Curriculum which includes Library Media Services.  The District's Library Media Curriculum has the following  components:  encouraging  "lifelong  reading";  developing  social responsibility;  developing  pre-search  strategies;  developing  research  skills; applying research skills; and learning how to use library materials.  (*See, e.g.*, Competency Based Curriculum; Exhibit 4 hereto).

13.    The elementary school libraries are also used to implement the Accelerated Reader Program, in which children who read certain books, and pass a test regarding the books, may obtain rewards.  The purpose of the Accelerated

6

Reader Program is to encourage school children to read more.[1]  Teachers may also give students library passes to check out a book for a book report or to research a project for class.

14.    Thus, the use of the elementary school libraries is integrated into the curriculum and the teaching process, and students use the library as directed by their teachers and the library media specialist.

Dated: July 14, 2006

_____
Alberto Pimienta

SWORN TO and SUBSCRIBED before me this 14 day of July, 2006 by Alberto Pimienta, who is personally known to me ___ or has produced identification:                    (type       of       identification       produced: FDL - LICENSE P553-000-60-044-0 ) and who did take an oath.

ISABELL GARLAND
Notary Public, State of Florida
My Comm. Expires Oct. 15, 2009
No. DD468891
Bonded thru Arthur J. Gallagher & Co.

_____
Notary Public – State of Florida

150677v2

---

[1] The Cuba books are part of the Accelerated Reader Program.

# Exhibit 1

70 NE 77TH STREET • MIAMI, FL 331
PHONE 305-995-2283 • FAX 305-995-2251 • E-MAIL APIMIENTA@DADESCHOOLS.NET

# ALBERTO PIMIENTA

## EMPLOYMENT

| | |
|---|---|
| 2003 – Present | Library Media Services, Miami-Dade County Public Schools; Miami, Florida |

*Instructional Supervisor*

- Recommend personnel, procedures, and resources which will effect increasing economy, efficiency, and quality of library media services
- Initiate recommendations for budget related to library media resources and services
- Monitor the program for compliance with statutory, accreditation, and curriculum requirements
- Compile and disseminate library media statistics that aid in decision-making
- Structure evaluation activities that provide guidance in bringing all library media programs to a uniform standard of excellence
- Promote activities that foster literacy and the use of library media materials for education, personal needs, and recreation

2000 – 2003   Library Media Services, Miami-Dade County Public Schools; Miami, Florida

*Educational Specialist*

- Develop and order collections for new schools
- Facilitate district-wide promotions for School Library Media Month
- Maintain District office professional collection
- Organize *Connections Academy* for library media specialists
- Presented at the Independent Reading Conference organized by the Division of Language Arts and Reading and Library Media Services
- Presenter at library conferences in Santiago, Chile and Guadalajara, Mexico

1998 – 2000   Barbara Goleman High School, Miami-Dade County Public Schools; Miami, Florida

*Library Media Specialist*

- Taught information literacy skills
- Conducted library media center orientation for incoming freshmen
- Organized school-wide reading promotions in conjunction with the District's Comprehensive Reading Plan
- Served as co-chair of the school's SACS committee for accreditation process by the Southern Association of Colleges and Schools

1995 – 1998   Barbara Goleman High School, Miami-Dade County Public Schools; Miami, Florida

*English Teacher, 10th Grade*

- Taught English curriculum as mandated by the District's Competency Based Curriculum
- Participated in Russian Exchange Program with sister school in Ekaterinburg, Russia
- Sponsored school literary magazine

1992 – 1995   American High School, Miami-Dade County Public Schools; Miami, Florida

*English Teacher, 11th Grade*

- Taught English curriculum following the District's Competency Based Curriculum

| 1990 – 1992 | Horace Mann Middle School, Miami-Dade County Public Schools; Miami, Florida |
|---|---|
| | *Language Arts Teacher,6-7th Grade* |

- Taught English curriculum following the District's Competency Based Curriculum
- Taught Language Arts curriculum as part of the *Students-At-Risk Program*
- Served as Team Leader for 6th Grade Team

## EDUCATION

| 2004 – Present | *Florida International University*, Miami, FL; Certificate Program in Educational Leadership |
|---|---|
| 1996 – 1997 | *Nova Southeastern University*; Miami, FL; Certification in Educational Media |
| 1990 – 1992 | *University of Miami*; Coral Cables, FL; Master of Science in Education |
| 1978 – 1982 | *University of Miami*; Coral Cables, FL; Bachelor of Arts in English |

## REFERENCES

References available upon request.

# Exhibit 2

## Instruction - Elementary and Secondary

### INSTRUCTIONAL MATERIALS AND RESOURCES

Instructional materials, including textbooks, library media print, nonprint and electronic resources, computer software, videotapes, films, and instructional television programs represent fundamental resources for schools for enhancing instruction, furthering the pursuit of knowledge, and providing experiences of educational significance for class groups or for individual students. It is the shared responsibility of the State and District to provide an adequate number and range of instructional materials and resources in a variety of formats that are appropriate, timely, and essential to the attainment of specified educational objectives. It is also the responsibility of the State and District to provide instructional materials that are free of bias, stereotypes, distortions, and prejudices.

I.     State-Adopted Instructional Materials

Under provision of the State law, State Instructional Materials Councils are responsible for formulating policies governing the evaluation of instructional materials submitted for State adoption in curriculum areas recommended by the Commissioner of Education.

The Superintendent of Schools, or designee, shall assign responsibilities for the District's participation in the State adoption of instructional materials; determine areas of the curriculum in which State adoption of instructional materials is needed and communicate those needs to the Commissioner of Education; supervise the District Instructional Materials Councils when such councils are authorized; and establish procedures for the requisition, purchase, receipt, storage, distribution, use, conservation, maintenance of records and reports, and management practices, and property accountability concerning instructional materials. The duties and responsibilities include keeping adequate records and accounts for all financial transactions for funds collected pursuant to Section 233.46(4), Florida Statutes (F.S.). Such records and account shall be a component of the educational service delivery scope of the District's best financial management practices review under Section 230.23025, F.S.

II.    Non-State Adopted Books and Other Instructional Materials

It is the responsibility of the school system to provide instructional materials to supplement State-adopted instructional materials or to provide instructional materials for those areas of instruction for which inadequate or no provision has been made by State adoption or allocation. Procedures shall be established to provide for evaluation and selection of non-State-adopted books and other materials needed to pursue the objectives of a school, Region, or districtwide program. Such procedures and guidelines shall permit the individual school, Region, or District staff to assume responsibility for the selection. Final authority for the review and selection of materials at the school level shall be vested in the administrative head, the principal; at the Region level, in the

Region Superintendent; and at the District level, in the Deputy Superintendent for Education, or designee.

III.    Library Media Center Collections

A wide choice of materials that support the instructional program shall be available to students and professional staff to allow for varying achievement levels, interests, and teaching/learning styles. The Associate Superintendent, Bureau of Elementary, Secondary, and Workforce Development Education, in conjunction with the Administrative Director, Division of Instructional Technology and Media Support Services, shall establish procedures for the evaluation, selection, management, and disposal of library media materials.

The library media center shall contain a comprehensive collection of materials and equipment, in a variety of media formats, to:

A.    Provide a broad background of information resources in all areas of knowledge;

B.    Support the general educational goals of the District and the objectives of specific courses, including materials that represent diverse points of view in order that young citizens may develop, under guidance, the practice of critical analysis of all media and intellectual integrity in forming judgments;

C.    Meet the personal needs and interests of students, including materials that:

    1.    Nurture the development of recreational reading/listening/ viewing, cultural appreciation, and aesthetic values;

    2.    Represent the many religious, racial, ethnic, linguistic, and cultural groups in our society and reflect their contributions to the heritage and culture of our civilization;

    3.    Foster respect for the diverse roles available to women and men in today's society;

D.    Support the professional needs of teachers and administrators;

E.    Introduce new instructional technologies into the learning environment.

IV.    Evaluation of Instructional Materials and Educational Media

A.    Teachers, library media specialists, and administrators shall evaluate instructional materials and educational media by the following criteria:

6Gx13- 6A-1.26

1.  EDUCATIONAL SIGNIFICANCE (Material is valuable to an individual course of study or to the library media collection; the degree to which the material would be supplemented and explained by mature classroom instruction.)

2.  APPROPRIATENESS (Material is geared to the age, maturity, interest, and learning levels of students for whom it is intended.)

3.  ACCURACY (Nonfiction information is correct, recent, and objective.)

4.  LITERARY MERIT (Fiction has a noteworthy plot, setting, characterization, style, and theme.)

5.  SCOPE (Content is covered adequately to achieve its intended purpose.)

6.  AUTHORITY (The author, editor, or producer has a superior reputation for producing materials of this nature.)

7.  SPECIAL FEATURES (Item has maps, charts, graphs, glossaries, and/or other learning aids that are unique or valuable.)

8.  TRANSLATION INTEGRITY (Material translated from one language to another maintains the stylistic characteristics of the original.)

9.  ARRANGEMENT (Concepts are presented in a logical sequence and in a way that assures learning.)

10. TREATMENT (Typeset, visuals, style, and/or medium captures and holds the student's attention.)

11. TECHNICAL QUALITY (Sound is clear and audible; visuals project clearly.)

12. AESTHETIC QUALITY (Material is superior to similar items in attractiveness and presentation of content.)

13. POTENTIAL DEMAND (Item has particular timeliness or popular appeal.)

14. DURABILITY (Material has the potential for frequent use or is of a nature that it will be considered consumable.)

15. No books or other material containing hard-core pornography or otherwise prohibited by Section 847.012, F.S., shall be used.

B.  Instructional materials must also be evaluated for bias-free content. There are five areas in which bias is evidenced in instructional materials:

1.  CONTEXTUAL INVISIBILITY (The omission or under representation of various racial and ethnic groups, people with disabilities, older people, women and people from a variety of social classes.)

2.  STEREOTYPING AND CHARACTERIZATION (Assignment of traditional and rigid roles or attributes to a group.)

3.  HISTORICAL DISTORTIONS AND OMISSIONS (Materials which present only one interpretation of an issue, situation, or group of people.)

4.  LANGUAGE BIAS (Materials which perpetuate single-standard language usage that reflects bias based on gender, race, ethnicity, disability, age, and class.)

5.  INACCURATE AND STEREOTYPICAL VISUAL IMAGES (Pictures which present and reinforce sexism, racial and ethnic stereotypes, etc.)

V.  In keep with Section 233.115(2), F.S., no school official or member of a district or state instructional materials council shall accept any emolument, money, or other valuable thing, or any inducement, to directly or indirectly introduce, recommend, vote for, or otherwise influence the adoption or purchase of any instructional materials.

A.  Administrators and instructional personnel may not accept monies or other items, with the exception of the distribution of promotional items with a de minimis value, from textbook publishers to those who have direct or indirect involvement with the purchase and use of those materials. Even if the benefits are solicited by entities not directly associated with the School Board, the school personnel would still be the recipient of monies or other items from publishers.

B.  Publishers of instructional materials who have submitted, or plan to submit within 18 months, instructional materials for consideration in the adoption process in the State of Florida, may not:

1.  Directly contact any teacher(s), including department heads in regard to their materials, until after Miami-Dade County Public Schools (M-DCPS) makes its official selection for the *District's Instructional Materials List.*

    2.    Host dinners, retreats or parties of any kind for any teacher(s) or administrator(s) in M-DCPS to showcase their materials being considered for adoption or purchase.

    3.    Offer gifts, gift certificates, or other enticements to any teacher(s) or administrator(s) or their schools.

C.    All communications with schools (whether written or oral) regarding an adoption in M-DCPS is prohibited until the District's evaluation process is completed.

    1.    At the conclusion of the evaluation process, specific materials will be identified for schools to consider for local adoption, through the publication of the *District's Instructional Materials List*.

    2.    When schools and publishers receive the *District's Instructional Materials List*, publishers or manufacturers may contact school administrators to provide samples or arrange presentations.

    3.    Samples must be limited to the student's edition, the teacher's edition, the review materials, Florida Comprehensive Assessment Test (FCAT) materials, and the evaluation materials. No more than three copies of these materials may be sent to any school. All other ancillary materials should not be included. Any such materials given to the school by a publisher become the property of the school.

D.    No member of the M-DCPS evaluation committee may discuss matters relating to instructional materials submitted for adoption with any agent of a publisher or manufacturer of instructional materials, either directly or indirectly, except during the period when the committee shall have been called into session for the purpose of evaluating instructional materials submitted for adoption or in a public presentation showcasing the materials.

E.    Publishers should provide the District one complete set of the materials that has been chosen for use in M-DCPS. These materials will be housed at the Teacher Education Center Professional Resource Library for parent and teacher review.

F.    No further notification will be sent to publishers. Any agent of a publisher or manufacturer of instructional materials found in violation of these rules during the State Adoption and District evaluation process in M-DCPS will have their materials immediately disqualified from further consideration.

6Gx13- 6A-1.26

VI.     Use of Instructional Materials Allocation

School principals are responsible for ensuring that instructional materials are used to provide instruction to students enrolled at the grade level(s) for which the materials are designed and to effectively communicate to parents the manner in which materials are used to implement the curricular objectives of the school under Sections 233.34(5) and 233.46(1), F.S.

VII.    Disposal of Obsolete or Unusable Instructional Materials

Instructional materials that have become unserviceable or surplus and are no longer on State contract may be disposed of as follows under Section 233.37, F.S.:

1.   Offered to teachers to cut up or otherwise use as resource materials;

2.   Given free to Miami-Dade County Public Schools students;

3.   Offered to private and parochial schools in Miami-Dade County;

4.   Made available to any governmental agency, charitable organization or any individual;

5.   Sold to used book dealers, recycling plants, pulp mills or other persons or firms, at the discretion of the Superintendent of Schools, or designee.  Funds received will be added to the instructional materials allocation; or

6.   Returned to the Stores and Mail Distribution used textbook warehouse for disposal.

VIII.   Procedures for Consideration of Protests Concerning Instructional Materials and Educational Media

Any citizen may file a complaint with a school or the District concerning the use of particular curriculum materials, textbooks and ancillary items, library books, and nonprint media.  Challenged materials may be removed from use only after the following informal and formal due process procedures have been completed:

A.   School Level - Informal Complaint

The complainant shall first contact the principal with the complaint. Within five school days, the principal and/or a designee and the appropriate staff member(s) shall meet with the complainant to explain (1) the school's materials selection procedures; (2) the criteria used for the selection of instructional materials; (3) the role that the material in question has in the school's curriculum or library media center collection; and (4) whatever additional information is needed regarding the item's use. If the complainant is not satisfied with the explanation and desires to file a formal complaint, the formal procedures shall be followed.

B.    School Level - Formal Complaint

    1.    The complainant shall obtain four copies of a form entitled "Citizen's Request for Reconsideration of Media" from the principal or a designee, complete the form in its entirety, including signature, retain one copy, and send one copy of the completed form to:

        a.    the principal (original)
        b.    the feeder pattern lead principal
        c.    the appropriate Region Superintendent

    2.    The completed form and the material(s) in question shall be studied by a nine member School Materials Review Committee (SMRC) appointed on an ad hoc basis by the principal with the following provisions:

        a.    The committee shall consist of the principal or designee; two teachers in the appropriate subject area/grade; one teacher from another subject area/grade; a library media specialist; a guidance counselor; one student from the appropriate grade level or who is accomplished in the specific subject area (middle and senior high school only); one lay person from the school's Parent-Teacher/Parent-Teacher-Student Association or the Educational Excellence School Advisory Council; and a representative designated by the Region Superintendent.

        b.    The SMRC shall meet within ten (10) school work days of receipt by the principal of the reconsideration form.

        c.    The SMRC may solicit professional written reviews of the materials and/or comments from appropriate audiences or resource persons.

        d.    The SMRC shall read/view the material in its entirety, consider the reviews of the material, study the comments on the complainant's questionnaire, consider one or more of the evaluative criteria in IV. A. 1-15. and render a decision based on a majority vote.

            Note:  The principal shall make the criteria in IV. A. 1-15. available to all interested persons.

e.  Within five (5) school work days of its final meeting, the SMRC shall prepare a written report with recommendations for the principal to follow. The committee's final recommendation may be any or a combination of the following: (1) allow the challenged material to maintain its current status; (2) leave the challenged material in the classroom or library media center, but allow students to use alternate materials approved by school personnel who require the use of the disputed item; (3) limit the educational use of the challenged material; (4) remove the challenged material from the total school environment.

f.  Within five (5) school work days after receipt of the SMRC recommendation, the principal shall inform the complainant of the decision of the committee and shall send copies of all reports and communications to the appropriate Region Superintendent.

3.  Access to challenged materials shall not be restricted during the reconsideration process. The materials shall remain in use unless removed by formal vote of the SMRC.

4.  A copy of the selection and reconsideration procedures shall be placed in the library media center's professional collection for reference.

5.  Each school principal shall include a copy of this Rule in the school's staff handbook and shall review the selection and reconsideration procedures with the staff as needed, emphasizing the School Board rules pertaining to the teaching of controversial issues and the ethical considerations that are needed in handling citizen complaints with courtesy and integrity.

C.  District Level - Formal Appeal

The complainant may appeal the decision of the SMRC to the Superintendent of Schools in accordance with the following provisions:

1.  The complainant shall notify the Superintendent of the appeal in writing.

2.  Within fifteen (15) school work days of receipt of such request, the Superintendent and appropriate staff shall review the action taken at the school level and issue a decision. If the decision does not include further review, the complainant shall be so notified and may request an appearance to appeal directly to the School Board in accordance with School Board rule.

3.   If the Superintendent finds cause for further review, the complaint shall be submitted to a seventeen member District Materials Review Committee (DMRC), chaired by the Deputy Superintendent for Education, or designee, appointed on an ad hoc basis by the Superintendent, with the following provisions:

   a.   The committee shall consist of the Deputy Superintendent for Education, or designee, an appropriate Region Superintendent; two principals at the appropriate level; the Administrative Director of Instructional Technology and Media Support Services; two appropriate subject area directors/supervisors; the Instructional Supervisor of Library Media Services; the Supervisor of Textbook Services; one teacher in the appropriate subject area/grade; two library media specialists; one student from the appropriate grade level or who is accomplished in the specific subject area (middle and senior high only); a representative from United Teachers of Dade; a representative from the Miami-Dade County Council of Parent-Teacher/Parent-Teacher-Student Associations who will be appointed by the President of the District Association; a representative from the District Advisory Committee; and one lay person.

   b.   In the event that a person named above can not be present at the DMRC meeting(s), the Superintendent may appoint an alternate.

   c.   The DMRC shall follow the procedures stated in VIII. B.2.c.- d. above.

   d.   The DMRC shall make a recommendation to the Superintendent within fifteen (15) school work days of receipt of the complaint based on the criteria set forth in IV. A. 1-15.

   e.   The recommendation of the DMRC and the basis for that recommendation shall be transmitted to the Superintendent; the Deputy Superintendent for Education; the Associate Superintendent, Bureau of Elementary, Secondary, and Workforce Development Education; the principal; and the party requesting the review.

   f.   The Superintendent or a designee shall make a final decision within five (5) school work days of receipt of the DMRC recommendation and send a report of that decision to the Deputy Superintendent for Education; Associate Superintendent, Bureau of Elementary, Secondary, and

Workforce Development Education; the appropriate Region Superintendent; the principal; and the complainant.

g.    The Citizen Information Center shall make the selection criteria and a copy of the material(s) in question available for review upon request of interested persons.

h.    The complainant may appeal the decision of the Superintendent to the School Board in writing and may request an appearance before the Board in accordance with School Board Rule 6Gx13- 8C-1.17.

D.    Region-Adopted or District-Adopted Materials - Complaint

In the case of Region-adopted or District-adopted materials, the complainant shall follow the procedure set forth in VIII. C. above.

IX.    Lost and Damaged Instructional Materials

It shall be the duty and responsibility of each principal to collect from each pupil or the pupil's parent the purchase price of any instructional materials the pupil has lost, destroyed, or unnecessarily damaged and to report and transmit such amount so collected to the Superintendent, or designee. If such materials so lost, destroyed, or damaged have been in school use for more than one (1) year, a sum ranging between 50 and 75 percent of the purchase price of the book shall be collected. Such sum shall be determined by the physical condition of the book. The failure to collect such sum upon reasonable effort by the principal may result in the suspension of the pupil from participating in extracurricular activities or satisfaction of the debt by the pupil through community service activities at the school site as determined by the principal under Section 233.46(2), F.S.

Specific Authority:  230.22(2); 230.23(22) F.S.
Law Implemented, Interpreted, or Made Specific:    230.23(7)(b)    and    (c);    230.23025;
230.33(9); 233.07; 233.08; 233.09; 233.095; 233.165; 233.34(5); 233.37; 233.43(1); 233.46;
847.012 F.S.

**History:**    **THE SCHOOL BOARD OF MIAMI-DADE COUNTY, FLORIDA**
Repromulgated:  12-11-74
Amended: 11-25-75; 8-21-85; 10-4-89; 5-13-98; 1-16-02

# Exhibit 3

**Section V:  Collection Development**

Research Findings

Collection Development

    Policies

    Writing Collection Development Policies

    Size of the Collection

    Restricted Collections

    Materials Selection

        Florida Selection Criteria

        District Selection Policy

        Selection Aids

        Publisher's Catalogs

        Preview Materials

        Sales Representatives

        Order Consideration File

    Gift Materials

        Audiovisual Equipment

        Cash Donations

        Personal Gifts

    Evaluating Web Sites

    Discarding Materials

        Principles of Weeding

        Weeding Plan

        Guidelines for Weeding

Weeding Criteria

Critically Obsolete Collections

M-DCPS Library Media Services Criteria for Evaluating Library Book Collections

CREW Guidelines for Weeding the Collection

Discard Procedures:  Print and Nonprint Materials

Discard Procedures:  Audiovisual Equipment / Computer Hardware

Transfer of Property

Censorship / Objections to Instructional Material

Filing a Formal Complaint

Access to Challenged Materials

Organizations

Copyright and Fair Use Guidelines

# Research Finding:

"A" schools, as compared to "Non-A" schools, have significantly larger print collections, including books, magazines and newspapers, and numerous studies have shown that having more quality reading materials leads to more voluntary reading and higher test scores. Therefore, school library media programs positively impact student achievement when school library media collections are strong both in quantity, in quality and variety. Test scores were higher in schools with more books, periodicals and newspapers, videos, electronic subscriptions, non-print materials, technology, Internet connections and adequate budgets for building and maintaining collections.

> *Making the Grade: The Status of School Library*
> *Media Centers in the Sunshine State and How*
> *They Contribute to Student Achievement*
> Donna J. Baumbach

# Collection Development

Today's library media program plays an integral role in educating students for the future. The library media center collection is the primary information source and cultural knowledge base in a school. While all programs will have unique characteristics, due to geography, pupil demographics, teaching and leadership styles, and a host of other factors, a library media center should maintain sufficient resources to meet students' research and personal needs.

The library media specialist should cooperatively evaluate and select materials with other teachers and administrators in order to match classroom curriculum with the students' needs and abilities. The library media specialist should be an active participant on committees that impact the curriculum of the school. Serving on these committees allows the library media specialist to integrate the library media program into the instructional plans of the teachers. In working continuously toward building a superior collection, the library media specialist and the classroom teacher should become a team, working together in a partnership to select materials that will effectively support the goals of the educational program.

**Policies**

The school collection policy must adhere to rules adopted by the School Board Rule 6Gx13- 6A-1.26 and should reflect the following district collection recommendations:

- Materials that support the general educational goals of the district and the objectives of specific courses

- Materials that supplement the curriculum by providing a broad background of information on all topics to stimulate growth in factual knowledge, cultural appreciation, and ethical standards

- Materials that stimulate recreational reading, listening, and viewing and nurture literary appreciation and aesthetic values

- Materials on controversial issues representing various views in order that young citizens may develop, under guidance, the practice of critical analysis and intellectual integrity in forming judgments

- Materials that represent the many religious, ethnic, and cultural groups in our society and that reflect their contributions to the heritage and culture of our civilization

- Materials that foster respect for the roles and lifestyles open to both women and men in today's world

- Electronic resources that support the curricular, developmental, and recreational needs of students

- Telecommunications access that allows students and faculty the ability to search and communicate in an on-line environment

- Audiovisual equipment in usable condition that is necessary for the effective utilization of media materials and programs

- Video equipment to transmit instructional television programs and original video productions

- Computer hardware to support CD-ROMs, databases, Internet access, and reference retrieval software

In following the above criteria, elementary and secondary collections should include specific materials appropriate for their respective grade levels:

Elementary

- Current, appropriate nonfiction books in all 10 Dewey Decimal categories

- Picture books and beginning reading books

- Current books in the following categories to stimulate recreational reading: fiction, biographies, and paperbacks

- Reference materials in print and electronic format including dictionaries, current general encyclopedias, a primary level precyclopedia, a children's thesaurus, poetry index, and handbooks (i.e., *The Florida Handbook*), current and appropriate for the age and reading ability of students.

- A minimum of 35 periodical subscriptions for both curriculum support and recreational reading should be available for all grade levels. Students should have access to all appropriate periodicals in the collection. Unless curriculum need dictates, back issues of general periodicals should not be retained in elementary schools. Those utilized for research may be retained for one year. Educational and professional periodicals for the faculty should be maintained and housed as part of the professional collection.

- A daily metropolitan newspaper and one or more local area newspapers

- Nonprint materials to support current curriculum objectives appropriate for both primary and intermediate students

- Computer software, CD-ROMs, DVDs, and electronic databases should be included in the library media collection in support of the school's mission and

instructional program. Library Media Services purchases online databases for District-wide access; however, each individual school may choose to purchase additional online resources to support their specific curricular needs.

<u>Secondary:</u>

- Nonfiction materials in all 10 Dewey Decimal categories

- High interest/low reading level materials

- Materials to support ethnic, foreign language, and exploratory college/career/vocational needs of students

- Current print materials in the following categories to stimulate recreational reading: current popular fiction, biographies, and recreational topics appealing to the school population. The fiction collection should also contain a variety of titles appealing to mature students and avid readers.

- Periodicals appropriate for student research and recreational reading. Students should have access to all periodicals in the library media center. Unless curriculum need dictate, back issues of periodicals should not be retained. Those utilized for research may be retained for one year. Middle schools and senior high schools should have access to extensive print or nonprint, and on-line periodical information. Educational and professional periodicals for the faculty should be maintained and housed as part of the professional collection.

- One or more daily metropolitan newspaper, national newspapers, and one or more local area newspapers with back issues retained in the electronic format

- Extensive nonprint and electronic reference resources in all 10 Dewey Decimal categories

- Nonprint software to support all areas of the curriculum. There should be a sufficient number of up-to-date items in a variety of media formats to provide adequate nontext resources. All instructional media should be purchased and circulated through the library media center rather than through subject area departments to avoid unnecessary duplication, to provide maximum access to resources, and to take advantage of Library Media Matching Funds revenues.

- Computer software, CD-ROMs, DVDs, and electronic databases should be included in the library media collection in support of the school's mission and instructional program. Library Media Services purchases online databases for District-wide access; however, each individual school may choose to purchase additional online resources to support their specific curricular needs.

V/7

Collection Development

- ▪ Senior high schools should refer to the Southern Association of Colleges and Schools (SACS) standards when building and maintaining library media collections.

**Writing Collection Development Policies**

Each school should have a comprehensive collection development policy written by the library media specialist, reviewed and approved by the administration, the school's Library Media Advisory Committee and included in the faculty handbook. This policy should reflect the philosophy, goals, and environment of the school setting and should include selection criteria for print, nonprint, audiovisual equipment, computer hardware and software, and electronic information resources. The school's collection development policy should be concise and brief (three to four pages maximum). Copies of supporting documents or detailed district policies may be added to an appendix.

From this policy, a three-to-five year collection development plan should be written, which provides a method of purchasing current, accurate materials to support the school's instructional program. The goal of the collection development plan is to ensure that materials targeted for purchase are representative of priorities identified by the instructional staff. It is recommended that the policy and the plan be written by the library media specialist in conjunction with a Library Media Advisory Committee consisting of classroom teachers, grade level chairpersons, and the administration. After the collection development plan is written, short and long term goals, objectives, and a library media center budget should be developed for each successive school year.

Collection development policies should show evidence of organized planning and should include the following information:

- A statement of the purposes of the collection, including the school and library media center's philosophy and goals

- The scope of the collection including clientele to be served (students, faculty and staff, community), general subject areas (curricular, extracurricular), kinds of user needs to be supported (instructional, informational, recreational, supporting various teaching/learning styles), formats, special collections, fulfillment of standards or requests

- A method of continuous opportunities for teachers and students to participate in the selection of materials for the library media center

- A method for considering background, abilities, interests and maturity level of the students served

- A statement on how materials selected for purchase will be evaluated, based on School Board Rule 6Gx13- 6A-1.26

- A method of funding library media acquisitions

- A method of acquisition of materials based on the Bureau of Procurement and Materials Management

- A method for all school-owned media resources to be purchased, inventoried, cataloged, and circulated through the library media center

- A means of incorporating new materials and technology into the collection as changes in textbooks and curriculum require

- A list of current professional selection aids that will be available in the library media center and circulated among teachers

- A plan for keeping the collection up-to-date using the criteria for weeding

- A system for continuously evaluating the use of the collection as indicated by circulation statistics, library media center attendance records, instructional units, classroom activities, and needs assessments

- A procedure to allow review of allegedly inappropriate instructional materials based on School Board Rule 6Gx13- 6A-1.26

**Size of the Collection**

With the support of the administration, the library media specialist is responsible for maintaining a comprehensive materials collection consisting of current media, books, reference sources, and periodicals in print and electronic formats that support student learning, the curriculum, and the instructional program. To fulfill the material resources standard of the Southern Association of Colleges and Schools (SACS), and to meet Miami-Dade County Public Schools' requirement, library media centers should provide a balanced collection of a minimum of 10 books per student or 1,500 books, whichever is greater. Elementary schools with enrollment in excess of 1,000 students should provide at least 10,000 usable volumes. Middle and secondary schools with enrollment in excess of 1,500 students should provide at least 15,000 usable volumes.

Standards are in keeping with the state concept to give schools as much leeway as needed in building the collection most suited to individual needs.

Although the standards recommend that a large number of library media materials should be included in schools, the actual number sometimes proves to be less important than the quality of the materials found on the shelves and the use made of them. An overriding concern must be for the recency of the information contained in the materials. Therefore, Library Media Services recommends that the acquisition of new materials to attain national and state collection goals should be balanced by a continuous reevaluation of the appropriateness of the collection and the removal of obsolete materials. The appropriate size of the collection should be determined by an assessment of how well the collection meets the needs of the users. Criteria that can be utilized to assess the adequacy of the collection include:

- Is the collection large enough to satisfy a certain percentage of the requests?

- Does the collection represent basic titles and sources recommended in standard selection tools of print, nonprint, and electronic formats?

- Are there sufficient materials to stimulate and promote literacy development and to support special program emphases?

Nonprint materials, electronic resources, and equipment should be available in quantities sufficient to fill at least 90 percent of the requests.

**Restricted Collections**

All students and teachers should have maximum access to all materials in the library media center. Use of restricted collections for any reason is discouraged. Restricted collections limit student access to materials and the hands-on experience of finding resources independently. The following guidelines should be considered:

- New materials should be placed in general circulation without restrictions.

- Students of all ages should have access to the shelves and not be limited to pre-selected materials unless requested by a teacher for instructional purposes and for a limited time.

- At the discretion of the library media specialist, items that are considered expensive or difficult to replace may be subject to restricted or limited circulation.

- At the discretion of the school administration, teachers, and library media specialist, certain materials may be included in the professional collection and circulated only to instructional personnel. This practice should be kept to a minimum and a reasonable selection of appropriate materials in the subject should also be available for general circulation.

# Materials Selection

Evaluation and selection of materials is a continuous process that involves the entire school community. The library media specialist should actively solicit recommendations for purchase from the administrators, classroom teachers, special area teachers, and students. Recommendations can be provided through a variety of means, including surveys, suggestion boxes, professional journals, and online reviews. Circulating bibliographies among teachers to make them aware of available materials has proven to be a productive method of involving them in the selection process.

The purchase of school library media materials is legally vested in the School Board of Miami-Dade County. The Board delegates to each school staff the responsibility to develop final recommendations for purchase. The library media specialist will coordinate the selection of library media materials and make recommendations for purchase to the principal who will make the final decision.

**Selection Criteria**

The following criteria provide a guide for the instructional team to consider in evaluating and selecting materials for the library media center collection:

Florida Statute 1006.34 Standards for Selection

- (b) In the selection of instructional materials, library books, and other reading material used in the public school system, the standards used to determine the propriety of the material shall include:
  - (1) The age of the students who normally could be expected to have access to the material.
  - (2) The educational purpose to be served by the material. In considering instructional materials for classroom use, priority shall be given to the selection of materials which encompass the state and district performance standards provided for in s.1001.03(1) and which include the instructional objectives contained within the curriculum frameworks approved by the State Board of Education.
  - (3) The degree to which the material would be supplemented and explained by mature classroom instruction as part of a normal classroom instructional program.
  - (4) The consideration of the broad racial, ethnic, socioeconomic, and cultural diversity of the students of this state.

  No books or other material containing hard-core pornography or otherwise prohibited by s.847.012 shall be used or available within any public school district.

**District Selection Policy**

The selection policy for Miami-Dade County Public Schools Library Media Collections is outlined in School Board Rule 6Gx13- 6A-1.26.  Library media specialists should be familiar with the rule as it pertains to library collections.

IV. Evaluation of Instructional Materials and Educational Media to Be Used at the School Level and with Non-State-Adopted Materials

A. Teachers, library media specialists, and administrators shall evaluate instructional materials and educational media by the following criteria:

1. EDUCATIONAL SIGNIFICANCE (Material is valuable to an individual course of study or to the library media collection, the degree to which the material would be supplemented and explained by mature classroom instruction.)

2. APPROPRIATENESS (Material is geared to the age, maturity, interest, and learning levels of students for whom it is intended.)

3. ACCURACY (Nonfiction information is correct, recent, and objective.)

4. LITERARY MERIT (Fiction has a noteworthy plot, setting, characterization, style, and theme.)

5. SCOPE (Content is covered adequately to achieve its intended purpose.)

6. AUTHORITY (The author, editor, or producer has a superior reputation for producing materials of this nature.)

7. SPECIAL FEATURES (Item has maps, charts, graphs, glossaries, and/or other learning aids that are unique or valuable.)

8. TRANSLATION INTEGRITY (Material translated from one language to another maintains the stylistic characteristics of the original.)

9. ARRANGEMENT (Concepts are presented in a logical sequence and in a way that assures learning.)

10. TREATMENT (Typeset, visuals, style, and/or medium captures and holds the student's attention.)

11. TECHNICAL QUALITY (Sound is clear and audible; visuals project clearly.)

12. AESTHETIC QUALITY (Material is superior to similar items in attractiveness and presentation of content.)

13. POTENTIAL DEMAND (Item has particular timeliness or popular appeal.)

14. DURABILITY (Material has the potential for frequent use or is of a nature that it will be considered consumable.)

15. No books or other material containing hard-core pornography or otherwise prohibited by s. 847.012 F.S. shall be used.

B. Instructional materials must also be evaluated for bias-free content. There are five areas in which bias is evidenced in instructional materials:

1. CONTEXTUAL INVISIBILITY (The omission or under representation of various racial and ethnic groups, people with disabilities, older people, women, and people from a variety of social classes.)

2. STEREOTYPING AND CHARACTERIZATION (Assignment of traditional and rigid roles or attributes to a group.)

3. HISTORICAL DISTORTIONS AND OMISSIONS (Materials which present only one interpretation of an issue, situation, or group of people.)

4. LANGUAGE BIAS (Materials which perpetuate single-standard language usage that reflects bias based on sex, race, ethnicity, disability, age, and class.)

5. INACCURATE AND STEREOTYPICAL VISUAL IMAGES (Pictures which present and reinforce sexism, racial and ethnic stereotypes, etc.)

**Selection Aids**

Professional print and nonprint evaluation sources should be used to evaluate all library media materials prior to purchase. Whenever possible, materials should be examined directly by the library media specialist and instructional teams to determine the appropriateness of their inclusion in the school's collection. A variety of each kind of selection aid should be available in every school library media center. Numerous sources, including many listed below, are available from Library Media Service's professional library. Some professional selection tools are available electronically through the District-purchased online databases.

Examples of current evaluative guides to collection development include:

- *Book Links*
- *Booklist*
- *Books in Print* (R.R. Bowker)
- *Bowker's Buying Guide* (R.R. Bowker)
- *Bulletin for the Center for Children's Books*
- *Children's Catalog* (H. W. Wilson)
- *Educational Software Preview Guide* (ISTE)
- *Fiction Catalog* (H. W. Wilson)
- *Fundamental Reference Sources* (ALA Editions)
- *Magazines for Libraries* (R.R. Bowker)
- *Media and Methods*
- *Middle and Junior High School Library Catalog* (H. W. Wilson)
- *The Reading Teacher*
- *Reference Books for Small and Medium Sized Libraries* (ALA)
- *Reference Books in Paperback* (Libraries Unlimited)
- *School Library Journal*
- *Senior High School Library Catalog* (H. W. Wilson)
- *Subject Guide to Books in Print* (R.R. Bowker)
- *Subject Guide to Children's Books in Print* (R.R. Bowker)
- *Voices of Youth Advocates*

Bibliographies and reading lists from curriculum materials, such as textbooks

Recommended lists developed by professional societies, such as:

- American Library Association (ALA)
- American Association of School Librarians (AASL)
- Association for Educational Communications and Technology AECT)
- National Council for Geographic Education (NCGE)
- National Council for Social Studies (NCSS)
- National Council for the Teachers of Mathematics (NCTM)
- National Council of Teachers of English (NCTE)
- National Science Teachers Association (NSTA)

**Publisher's Catalogs**

The reviews and evaluations found in publishers' catalogs are primarily advertising matter and should be looked upon as such. An up-to-date file of these catalogs is useful in order to check current prices, **but it is not a substitute for standard selection aids**.

Collection Development

**Preview Materials**

First-hand knowledge of items is the preferred method of selecting materials, but the quantity of published materials, time, and availability of preview centers often make this difficult. Therefore, the use of professionally prepared selection aids and review sources is of paramount importance.

Many vendors also permit free preview of materials. Previewing the material offers the library media specialist and the school community an effective means of evaluating the material as it relates to the needs of the curriculum. *However, district policy does not allow preview material to be retained and purchased. It must be returned and purchased on an official purchase order.*

**Sales Representatives**

Sales representatives and vendors who visit schools under the following guidelines should be welcomed, since they provide an opportunity for the library media specialist to keep informed about new materials and services. Meeting with vendors can be valuable when held under the following conditions:

- The library media specialist and vendor should arrange a convenient time to meet. Vendors should check in at the main office before coming to the library media center. **If a vendor appears unannounced and the library media specialist is unable to meet at that time, a more convenient meeting time could be scheduled.**

- The library media specialist should be prepared for the visit by knowing in advance the needs of the collection, with the discussion focusing on specific needs of the library media center rather than on items the representative is trying to "sell."

- The visit should be brief.

- The visit is considered only an information gathering session. **No purchase agreements are made. All purchases must follow the district-approved procedures.**

- **Sales personnel are not permitted to donate free library or instructional materials to schools in exchange for permission to distribute commercial information through students.** This practice, whether arranged by administrators, school staff, or parent organizations, is in violation of School Board Rule 6Gx13-1A-1.161. These unauthorized vendors are not to be confused with legitimate publishing representatives who see library media specialists for the purpose of alerting them to new materials. In these cases, students are not involved in any way, the parties do not enter into any purchasing agreement, and all acquisitions are handled at a later date through Board approved purchasing procedures.

Case 1:06-cv-21577-ASG  Document 27  Entered on FLSD Docket 07/17/2006  Page 46 of 139

**Order Consideration File**

The library media specialist is responsible for maintaining a current print and nonprint order consideration file ("want list") that includes faculty and student requests. This file, updated and weeded frequently, is an essential planning device. Building and maintaining an order consideration file will assist in making materials selection an evaluative process rather than a hurried procedure when orders are due. The file should contain approximately 1,000 titles organized by Dewey Decimal categories and prioritized in order of purchasing preference.

The order consideration file should be maintained on a computer database for easier sorting, updating, revising and prioritizing. The file information should include the author, title, copies needed, and the ISBN and/or LC number. Copyright date, publisher, cost, classification number, and recommendation source might be helpful for future reference.

# Gift Materials

All gifts and donations to the library media center or to the library media specialist are covered by School Board policy [6Gx13 – 3B-1.111, 6Gx13 –1C-1.08] and further explained in the *Manual of Internal Accounting.*

The library media specialist should always strive to maintain good public relations with members of the community and to be tactful in dealing with well-meaning residents who are cleaning out closets and bookshelves. If materials are accepted, a letter thanking the donor should always be sent. However, under no circumstances should the library media specialist attach a dollar value to the donation. A simple statement of the number of books or items is sufficient.

All materials and equipment should be accepted with the following understandings:

- Materials meet the same standards of selection as those applied to original purchases.

- Materials are of real value to the instructional program of the school with a purpose to educate rather than to promote sales.

- Materials are free from advertising.

- Materials can be integrated into the general library collection and do not need special housing.

- The library media center staff may dispose of the gift at its discretion if it is not suitable.

**Schools may not accept gift materials from publishers, producers, or distributors of library media materials in exchange for access to students or their records or in exchange for permission to distribute commercial information through students.**

**Audiovisual Equipment**

The *Manual of Internal Accounting* includes guidelines for accepting equipment
contributions or purchases by an organization or group. If the gift equipment is valued at
more than $750, the school should submit an Incoming Controlled Equipment Form,
FM 1669, to have a property control number assigned.

V/23

Collection Development

## Cash Donations

Cash donations for the purchase of library media materials should be posted to a library media trust fund account with the school secretary/treasurer. A thank-you note should also be sent to the donor.

**Personal Gifts**

All employees of M-DCPS must strictly adhere to the policies and procedures outlined in School Board Rules 6Gx13- 4C-1.07, Travel Expenses — School Board Members, Superintendent of Schools, Employees, and Other Authorized Persons; 6Gx13-1C-1.08, Gifts to School Personnel; and 6Gx13- 3B-1.11, Gifts, Grants and Bequests. Board rules may be accessed by utilizing the document retrieval system on CICS or by the M-DCPS website.

It is important for the library media specialist to keep in mind that "gifts and gratuities to employees from any vendor, potential vendor, or patron are not to exceed $25.00 in value." Library media specialists usually find it advantageous to maintain a professional relationship with vendors by not accepting any gifts, meals, or gratuities.

# Evaluating Websites

The use of instructional technology adds adventure and excitement to the curriculum as well as provides a basis for incorporating information literacy standards. Whether you are a novice or expert Internet user, integrating the Internet resources with classroom curriculum presents some challenges for the library media specialist. The evaluation of Internet resources should be guided by the same evaluation principles and practices of collections that have relevance to the K-12 curriculum. Listed below are tools that will assist you as you evaluate websites for integration into the curriculum.

**Criteria To Use To Identify Subject Area Sites:**

1. Sites are applicable and appropriate for the K-12 curriculum.
2. Information on the site is accurate and reliably maintained.
3. Organization of links enhances information retrieval.
4. Information is presented in a unique or interactive manner not available in offline sources.
5. If information is in both print and online resources, then include a site when: the information is more accessible through the online source, or the online source offers stable and cost effective alternatives to the print source.

**Evaluation Criteria for Rating Websites**

Several tools available for evaluating websites are listed below:

- *The ABCs of Website Evaluation* by Kathy Schrock
- *Ten C's For Evaluating Internet Sources* (University of Wisconsin-Eau Claire)
- Critical Evaluations Surveys by Kathy Schrock
- WWW CyberGuides by Karen McLachlan
- Educational Websites You Discover National Educational Technology Standards for Teachers (NETS)
- Educational Websites Recommended by Others (NETS)
- Rubric: Evaluating Websites for Reliability and Credibility (NETS)

# Discarding Material

Evaluation of the collection should be an ongoing process by the library media specialist and the instructional staff in order to keep the collection relevant to the changing needs of the curriculum and personal interests of students. Evaluation should include the removal of materials no longer appropriate and the replacement of lost and worn materials of educational value. Discarding materials that are no longer useful is as important a process as selecting new items of high quality.

Case 1:06-cv-21577-ASG   Document 27   Entered on FLSD Docket 07/17/2006   Page 53 of 139

**Principles of Weeding**

One of the tasks of the library media specialist is to assume responsibility for the quality, quantity, and organization of the school library media collection.  Therefore, the library media specialist must assume professional responsibility for removing from the library media collection those materials that are no longer appropriate to, nor supportive of, the existing and ever-evolving school instructional program.

- Weeding is an activity that is premised upon informed professional judgment and a carefully articulated plan.

- Weeding ensures that the school library collection contains only those resource materials that are accurate, current, and relevant to the curricular and recreational programs of the school.

- Weeding facilitates access to quality resources.

- Weeding removes the outward illusion of a well-stocked resource collection.

- Weeding results in more effective utilization of available space and assures an aesthetically appealing collection of materials.

Collection Development

**Weeding Plan**

It is recommended that one major or a few minor Dewey Decimal categories be evaluated and weeded each year according to a plan. Both print and nonprint materials should be evaluated concurrently.

In a small school, weeding may be done during the inventory procedure as each item can be carefully handled and scrutinized. In a large library media center, examining materials and determining their value to the collection are time-consuming tasks. Therefore, it is expedient and educationally sound to seek the help of teachers who use subject area resources.

The **SUNLINK Weed of the Month** program, implemented by the University of Central Florida, is a tool to assist Florida's K-12 school library media specialists with guidelines for weeding their collections "a little at a time." The program also offers recommendations for adding appropriate materials to the collection. Library media specialists are encouraged to visit the SUNLINK site for participation information.

**General Guidelines for Weeding**

Retain materials that are:

- Of good quality and in good condition. Shelve correctly and promote use.

- Of good quality but in poor condition. Do not replace worn out materials until their value has been assessed by checking with standard selection aids and by careful consideration of their place in the relation to the needs of students and teachers. Better materials in the field may now be available. If it is determined that the materials are going to be retained, remove from the shelves and either place in the workroom for simple mending or cleaning, or reorder.

- In general, consider for discard for any or all of the following reasons, materials that are:

  - Out-of-date in content or accuracy, even though they may be in good condition. Check approved selection aids. If not included, set aside for examination by teachers in special subject areas, especially in science, social studies, and other rapidly changing subjects where out-of-date information may be filled with errors for today's use.

  - In poor physical condition and not recommended in standard selection aids.

  - Duplicated with several copies of titles no longer in heavy demand.

  - Of a subject matter or treatment not suitable for students served by the library media center.

  - Sets of books, especially in the literature and history sections, which have not circulated for years.

  - Superseded by new or revised editions.

Consider carefully, with the help of teachers:

- Reference materials. Before discarding, check against reviews in two or more standard reference selection aids.

- Materials that seldom circulate. Any arbitrary decision to remove all materials not checked out for a certain period of time may not be wise. If the titles are no longer recommended in standard selection aids, discard them. If they meet criteria set for new materials and are found on standard lists, then their use can be promoted by means of plastic jackets which make them attractive, published on bibliographies, shown on special displays, or used in book talks or staff development activities.

Collection Development

- Books basic to all collections (such as the classics) can justifiably be retained in the collection, even though seldom circulated.

- Some materials may not circulate because of changes in curriculum or changes in the grade level configuration of the school. If they would be useful elsewhere, they should be removed from the current school's collection and added to a neighboring school's collection, based on appropriate need.

Collection Development

**Weeding Criteria**

The library media specialist and all teachers who are assisting in the evaluation process should be familiar with the general guidelines for weeding. The following pages have recommendations for collections that are critically obsolete. The two page district guidelines and the more detailed CREW guidelines will also be helpful in determining which books to weed from the collection. Many of the criteria apply equally well to nonprint materials.

**Critically Obsolete Collections**

In some schools there have been continuous materials acquisitions but little or no discarding of inappropriate items. As a result, these collections appear "old" and "shabby" when, in fact, there are many new and appropriate materials. These collections are particularly frustrating for inexperienced library media center patrons who must sort through large numbers of obsolete items before finding something useful. The situation should be remedied as soon as time permits by a program of extensive weeding.

In some cases the print and nonprint collections have been neglected for many years and allowed to deteriorate to the point where very few items are currently appropriate for the educational program. Revitalizing these collections through a process known as "reverse weed," followed by a massive infusion of funds is the recommended remedy. This is usually accomplished over a period of three to five years. In such situations, the following procedures are recommended:

1. Conduct a teacher needs assessment to determine curriculum priorities for updating materials. Updating should address specified major subject areas each year, with a plan for concurrently weeding and replacing print and nonprint resources.

2. Balance curriculum needs with priorities for updating areas of high student interest. This is important for attracting students to the media center who are not avid readers.

3. Since the majority of items in such circumstances will be discarded rather than retained, it is recommended that the weeding process be "reversed." After a section has been weeded, using CREW guidelines, highlight selected titles on the shelflist printout. In this process, the highlighted titles are the ones that will be retained in the collection. If an item is not on the printout, put it aside with a note to add it to *Destiny*.

5. After the entire collection is weeded, remove the copy information, of the titles not highlighted, from *Destiny*.

6. Follow the withdrawal and discard procedures outlined in the document to remove all materials from the collection. The number of discarded items should be retained for the *Annual Library Media Center Statistics and Inventory Report*.

7. Prior to beginning the process of reverse weeding, library media specialists are advised to contact the Instructional Supervisor of Library Media Services for consultation on goals, planning, and procedures.

# LIBRARY MEDIA SERVICES
## Criteria for Evaluating Library Book Collections

Evaluating a book collection involves subjective, professional decisions to determine the value of an item in terms of curriculum, student and teacher needs, demand, and replacement capability.  In general, a book may be considered "current" if it meets the following criteria:

| | |
|---|---|
| **Generalities**<br>(000, 100 & 200) | Published in the last five to 15 years.<br>Circulates frequently. |
| **Social Studies**<br>(300 & 900) | Retains balance on controversial subjects.<br>Evaluate demand, accuracy, and currency.<br>Maintain local history. |
| **Language**<br>(400) | Keep basic. |
| **Science & Technology**<br>(500 & 600) | Reflects the current status of science and technology within the last five years; other areas, 10 years. |
| **Arts/Recreation**<br>(700) | Keep a basic collection, especially art history.<br>Keep catalogs up-to-date.  Keep well-illustrated items.<br>Avoid dated techniques and/or equipment. |
| **Literature**<br>(800)<br><br>minor, | Collection includes a retrospective variety of poetry and other literary genre deemed to have lasting value.<br>Keep a basic collection, especially criticism; discard unassigned writers; check indexes.<br>Collection also includes award-winning children's and young adult literature. |
| **Biography**<br>(920, 92)<br>and | Collection should represent individuals currently influential in science, industry, the arts, social issues,<br><br>entertainment/recreation.<br>Keep until demand wanes, unless outstanding in content or style and still used. |
| **AUDIOVISUAL/**<br>**COMPUTER SOFTWARE** | Weed worn or out-of-date items, keep software up to six years, videocassettes up to five years. |
| **FICTION & EASY** | Keep high demand; evaluate literary merit; classics should be replaced as new, more attractive editions become available. |

Collection Development

| | |
|---|---|
| **PERIODICALS** | Keep for one year. |
| **PROFESSIONAL MATERIALS** **REFERENCE** | Keep eight to 10 years. Encyclopedias—New edition every five years. Atlases—Based on the 2000 census. Almanacs—Current year only. Indexes—As annual or cumulations appear, discard old copies. |
| **VOCATIONAL/CAREERS** | Published within the last two to five years. Date items as added to collection to assist weeding. Nonsexist; reflects current employment opportunities. |

Based on:  *The Collection Program in Schools,* 1995, by Phyllis J. VanOrden  Rev. 8/97

## "CREW" Guidelines for Weeding the Collection

Permission was granted by Ann Ramos, Librarian, Library Science Collection, Texas State Library and Archives Commission, for use of THE CREW METHOD: Expanded Guidelines for Collection Evaluation and Weeding for Small and Medium-Sized Public Libraries.

**Discard Procedures - Print and Nonprint Materials**

When items have been identified for discard, the following procedures are followed to remove the items from the collection:

1.  Stamp the item "discard."

2.  Remove any ownership markings.

3.  Check out the item to a "discard" patron in *Destiny*.  Retain the number of items discarded for the *Annual Library Media Center Statistics and Inventory Report*. After the report is filed, print and delete the copy information from *Destiny*.

5.  If the item is to be reordered, add the title to an order consideration database.

6.  Box discarded items. Clearly label boxes "Library Material for Discard."

7.  The principal should write a memorandum to the Supervisor of S & D requesting the pickup of discarded library materials and stating how many boxes need to be removed.  Call S&D at 305 995-3012 for more information.

8.  Library Media materials may not be sold.  State of Florida Board of Education Rule 6A-7.074 prohibits the sale of these items.

Obsolete materials are inappropriate in the educational environment, no matter where they are housed.  Therefore, *obsolete library media materials should be removed from the school*, rather than transferred to classrooms or other library media centers.  In some cases, obsolete materials may be cut up and used for other purposes or may be placed in classrooms in limited numbers for teaching skills that do not require current information, such as using an index.  This practice should be kept to a minimum so that classrooms and library media center storage areas do not become cluttered with discarded materials.

**Discard Procedures - Audiovisual Equipment/Computer Hardware**

Schools should not house equipment that cannot be repaired. Items that are valued over $750 are to be surveyed according to Miami-Dade County Public School procedures.  Library media specialists should prepare an Outgoing Controlled Equipment form (FM 1670 rev. 05-93) and have it signed by the principal. Complete the instructions for disposition and removal.  Maintenance will pick up and remove the equipment.  If there is a large amount of equipment, the school can arrange for disposal by taking the equipment and an Outgoing Controlled Equipment form (FM 1670 rev. 05-93.), signed by the principal, to the S & D satellite warehouse (Richards' Warehouse). Call 305 371-9983 to get directions and verify hours of operation.  It is very important that equipment valued at $750 or more be disposed of properly so that it is removed from the school's property control inventory.  Keep copies of all paperwork.

## Transfer of Property

The principal is the custodian of all property and equipment in the school. When the library media specialist and the principal determine that an item of property or equipment is no longer needed, the library media specialist should prepare an Outgoing Controlled Equipment form (FM 1670 rev. 05-93.) Complete the instructions for transfer to receiving location. Unwanted, workable equipment may be routed to another school site providing the sending and receiving principals have made an agreement. Other unwanted, workable equipment may be routed to the S & D warehouse.

## Censorship / Objections to Instructional Materials

Despite careful selection of instructional materials by qualified personnel using the proper procedures and selection criteria, occasional requests for reconsideration of materials may be made by any resident or employee of the school district.

It is recommended that the school administrator or staff member receiving a complaint regarding instructional materials shall try to resolve the issue informally.

Any complaint regarding materials from the library media center should be referred to the library media specialist. The library media specialist should explain the school's selection procedure, criteria, and qualifications of those persons selecting the material and shall also explain the particular place the material occupies in the educational program, its intended educational usefulness, and additional information regarding its use.

**Filing a Formal Complaint**

In the event that the person is not satisfied with the initial explanation and desires to file a formal complaint, the following School Board policies for handling such requests at the school level must be followed precisely. The policy for dealing with challenged materials is outlined in School Board Rule 6Gx13-6A-1.26. Each school principal should review the selection and objection rules with the staff annually, emphasizing the ethical considerations in attempting to handle resident complaints with courtesy and dignity. Library media specialists should be familiar with the rule as it pertains to library collections. An excerpt of Section VIII is included here:

VIII.   Procedures for Consideration of Protests Concerning Instructional Materials and Educational Media

Any citizen may file a complaint with a school or the district concerning the use of particular curriculum materials, textbooks and ancillary items, library books, and nonprint media. Challenged materials may be removed from use only after the following informal and formal due process procedures have been completed:

A.  School Level - Informal Complaint

The complainant shall first contact the principal with the complaint. Within five school days, the principal and/or a designee and the appropriate staff member(s) shall meet with the complainant to explain (1) the school's materials selection procedures; (2) the criteria used for the selection of instructional materials; (3) the role that the material in question has in the school's curriculum or library media center collection; and (4) whatever additional information is needed regarding the item's use. If the complainant is not satisfied with the explanation and desires to file a formal complaint, the formal procedures shall be followed.

B.  School Level - Formal Complaint

1.  The complainant shall obtain four copies of the form entitled Citizen's Request for Reconsideration of Media (FM-3448 rev. 9-00) from the principal or a designee, complete the form in its entirety including signature, retain one copy, and send one copy of the completed form to:

a.  the principal (original)
b.  the feeder pattern lead principal
c.  the ACCESS Center Superintendent

2.  The completed form and the material(s) in question shall be studied by a nine-member School Materials Review Committee (SMRC) appointed on an ad hoc basis by the principal with the following provisions:

a.  The committee shall consist of the principal or designee; two teachers in the appropriate subject area/grade; one teacher from another subject area/grade;

a library media specialist; a guidance counselor; one student from the appropriate grade level or who is accomplished in the specific subject area (middle and senior high school only); one lay person from the school's Parent-Teacher/Parent-Teacher-Student Association or the Educational Excellence School Advisory Council; and a representative designated by the Region Superintendent.

b. The SMRC shall meet within 10 school work days of receipt by the principal of the reconsideration form.

c. The SMRC may solicit professional written reviews of the materials and/or comments from appropriate audiences or resource persons.

d. The SMRC shall read/view the material in its entirety, consider the reviews of the material, study the comments on the complainant's questionnaire, consider one or more of the evaluative criteria in School Board Rule 6Gx13-6A-1.26, IV. A. 1-15. and render a decision based on a majority vote.

   Note: The principal shall make the criteria in IV. A. 1-15. available to all interested persons.

e. Within five (5) school days of its final meeting, the SMRC shall prepare a written report with recommendations for the principal to follow. The committee's final recommendation may be any or a combination of the following: (1) allow the challenged material to maintain its current status; (2) leave the challenged material in the classroom or library media center, but allow students to use alternate materials approved by school personnel who require the use of the disputed item; (3) limit the educational use of the challenged material; (4) remove the challenged material from the total school environment.

f. Within five (5) school days after receipt of the SMRC recommendation, the principal shall inform the complainant of the decision of the committee and shall send copies of all reports and communications to the Region Superintendent.

3. Access to challenged materials shall not be restricted during the reconsideration process. The materials shall remain in use unless removed by formal vote of the SMRC.

4. A copy of the selection and reconsideration procedures shall be placed in the library media center's professional collection for reference.

5. Each school principal shall include a copy of this Rule in the school's staff handbook and shall review the selection and reconsideration procedures with the staff as needed, emphasizing the School Board rules pertaining to the teaching

of controversial issues and the ethical considerations that are needed in handling citizen complaints with courtesy and integrity.

C.   District Level - Formal Appeal

The complainant may appeal the decision of the SMRC to the Superintendent of Schools in accordance with the following provisions:

1.  The complainant shall notify the Superintendent of the appeal in writing.

2.  Within fifteen (15) school days of receipt of such request, the Superintendent and appropriate staff shall review the action taken at the school level and issue a decision. If the decision does not include further review, the complainant shall be so notified and may request an appearance to appeal directly to the School Board in accordance with School Board Rule 6Gx13-8C-1.17.

3.  If the Superintendent finds cause for further review, the complaint shall be submitted to a seventeen member District Materials Review Committee (DMRC), chaired by the Deputy Superintendent for Education, or designee, appointed on an ad hoc basis by the Superintendent, with the following provisions:

    a.  The committee shall consist of the Deputy Superintendent for Education, or designee, an appropriate ACCESS Center Superintendent; two principals at the appropriate level; the Administrative Director of Library Media Services; two appropriate subject area directors/supervisors; the Instructional Supervisor of Library Media Services; the Supervisor of Textbook Services; one teacher in the appropriate subject area/grade; two library media specialists; one student from the appropriate grade level or who is accomplished in the specific subject area (middle and senior high only); a representative from United Teachers of Dade; a representative from the Miami-Dade County Council of Parent-Teacher/Parent-Teacher-Student Associations who will be appointed by the President of the District Association; a representative from the District Advisory Committee; and one lay person.

    b.  In the event that a person named above can not be present at the DMRC meetings(s), the Superintendent may appoint an alternate.

    c.  The DMRC shall follow the procedures stated in VIII.B.2.c.-d. above.

    d.  The DMRC shall make a recommendation to the Superintendent within fifteen (15) school work days of receipt of the complaint based on the criteria set forth in IV. A. 1-15.

    e.  The recommendation of the DMRC and the basis for that recommendation shall be transmitted to the Superintendent, the Deputy Superintendent for Education; the Associate Superintendent, Bureau of Elementary, Secondary,

V/43

Collection Development

and Workforce Development Education; the principal; and the party requesting the review.

f.   The Superintendent or a designee shall make a final decision within five (5) school work days of receipt of the DMRC recommendation and send a report of that decision to the Deputy Superintendent for Education; Associate Superintendent, Bureau of Elementary, Secondary, and Workforce Development Education; the appropriate Region Superintendent; principal; and the complainant.

g.   The Citizen Information Center shall make the selection criteria and a copy of the material(s) in question available for review upon request of interested persons.

h.   The complainant may appeal the decision of the Superintendent to the School Board in writing and may request an appearance before the Board in accordance with School Board Rule 6Gx13-8C-1.17.

D.   Region-Adopted or District-Adopted Materials - Complaint

In the case of Region Center-adopted or District-adopted materials, the complainant shall follow the procedure set forth in VIII. C. above.

Collection Development

## Access to Challenged Material

Access to challenged material should not be restricted during the reconsideration process. The material should remain in normal use unless removed by formal vote of the ad hoc committee.

## Organizations

The following organizations can provide information to help libraries combat censorship:

American Library Association
Intellectual Freedom Committee

National Coalition Against Censorship

Center for Constitutional Rights

People for the American Way

National Council of Teachers of English

American Federation of Teachers

National Education Association

American Association of School Librarians

Freedom of Information Center

There are also numerous books, videos, journal articles, ERIC documents, and websites dealing with censorship issues. The Intellectual Freedom Office of ALA also has a listserv for an ongoing discussion on intellectual freedom questions and challenges. To subscribe, sent an e-mail request to: listserv@uicvm.cc.vic.edu.

# Copyright and Fair Use Guidelines

**Knowing the Law**

It is essential for everyone involved in setting school policy or overseeing day-to-day copyright decisions to be familiar with the laws governing copyright, as well as with the most common interpretations of these laws as they relate to education. The library media center, by way of the library media specialist, will inform staff through the teacher handbook and through inservice sessions of major provisions of the copyright law as they relate to copying for educational purposes. However, school employees, except for the Board Attorney, will not supply legal advice. The information that follows is meant to provide a broad overview and help to direct library media specialists to documents that should be studied in greater depth.

**Copyright Law PL 94-553 Title 17, United States Code**

The U.S. Constitution (in Article I, Section 8) grants the federal government the power to set copyright law. The current law, Copyright Act of 1976, is contained in Title 17 of the U.S. Code.

Additional information about copyright will be added shortly.

**Resources for Copyright Information**

Becker, Gary H. © *Copyright: A Guide to Information and Resources, 3rd edition.* 2003.

Russell, Carrie. © *Complete Copyright: An Everyday Guide for Librarians.* American Library Association. 2004.

**Organizations:**

Copyright Office Hotline:  202 707-3000

Information Technology Association of America (ITTA)

Software Publishers Association (SPA)

United States Copyright Office

# Exhibit 4

Dadeschools.net                                                                    Page 1 of 2



M-DCPS Home                                          ✉ Contact Us  |  🔍 Search

dadeschools.net
**Students**

Miami-Dade County Public Schools

STUDENTS      PARENTS      EMPLOYEES      COMMUNITY

| | K-12 Curriculum |
|---|---|
| | Correlated to the |
| | Sunshine State Standards |
| | and the Grade Level Expectations |
| Competency Based Curriculum | Revised August 2001 |

| Volume I | Volume II | Volume III | Volume IV |
|---|---|---|---|
| ESOL | FOREIGN LANGUAGE | DANCE | MUSIC |
| LANGUAGE ARTS | HEALTH EDUCATION | PHYSICAL EDUCATION | |
| MATHEMATICS | INSTRUCTIONAL TECHNOLOGY | THEATRE ARTS | |
| SCIENCE | LIBRARY MEDIA SERVICES | VISUAL ARTS | |
| SPEECH & DEBATE | MODERN LANGUAGES | | |
| | SOCIAL SCIENCES | | |

**Applied Technology**

| | | | |
|---|---|---|---|
| AGRISCIENCE | BUSINESS TECHNOLOGY | DIVERSIFIED EDUCATION | EXCEPTIONAL STUDENT |
| FAMILY & CONSUMER | HEALTH SCIENCE | INDUSTRIAL EDUCATION | INSTR SUPPORT SERVICES |
| MARKETING EDUCATION | MIDDLE SCHOOL EXPL WHEEL | OTHER VOCATIONAL | PUBLIC SERVICE |
| TECHNOLOGY EDUCATION | | | |

The Competency Based Curriculum Documentation
requires Adobe Acrobat Reader ™.
Download your free copy.



Discover M-DCPS  |  Committees  |  Directories  |  Human Resources

Newsroom  |  School Board  |  Schools  |  Superintendent  |  Technology

Dadeschools.net                                                          Page 2 of 2

Miami-Dade County Public Schools · 1450 NE Second Avenue   Miami, FL 33132 · Phone  (305) 995-1000   Copyright 2006

# LIBRARY/INFORMATION LITERACY     GRADE PRE-K

Miami-Dade County Public Schools

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I   Lifelong Reading | 1. Participates in storytelling activities | A. The student will describe the various activities that occur during a library visit. |
| | 2. Listens to stories read or told | |
| | 3. Recognizes Caldecott award books | |
| | 4. Enjoys nursery rhymes | |
| | 5. Interprets stories through pictures | |
| | 6. Recognizes stories in a variety of nonprint formats | |
| | 7. Relates cultures presented in stories, poems, pictures, or film to own life and to surrounding world | |
| | 8. Begins to select and check out books | |
| | 9. Uses community resources (i.e., public library) | |
| II   Pre-Search Strategies | 1. Identifies the information provider (i.e., librarian) | A. The student will name the librarian. |
| | 2. Identifies information needs (i.e., location of Easy materials) | B. The student will be able to locate the Easy section of the library. |
| | 3. Exhibits proper care of materials | |

# LIBRARY/INFORMATION LITERACY GRADE K

Miami-Dade County Public Schools

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I Lifelong Reading | 1. Participates in storytelling activities<br>2. Listens to stories read or told<br>3. Recognizes Caldecott award books<br>4. Enjoys nursery rhymes<br>5. Interprets stories through pictures<br>6. Recognizes stories in a variety of nonprint formats<br>7. Relates cultures presented in stories, poems, pictures, or film to own life and to surrounding world<br>8. Begins to select and check out books<br>9. Uses community resources (i.e., public library) | A. The student will describe the various activities that occur during a library visit. |
| II Social Responsibility | 1. Understands the concept of sharing access to resources | A. The student will return books on time. |
| III Pre-Search Strategies | 1. Identifies the information provider (i.e., librarian)<br>2. Identifies information needs (i.e., location of Easy materials)<br>3. Exhibits proper care of materials | A. The student will name the librarian.<br>B. The student will return library materials in good condition. |
| IV Research | 1. Understands the organization of information resources (i.e., shelf arrangement of material, top to bottom, left to right; arrangement of Easy materials) | A. The student will retrieve a book from a specified Easy shelf. |

LIBRARY   -   GRADE K

# LIBRARY/INFORMATION LITERACY     GRADE 1

Miami-Dade County Public Schools

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I   Lifelong Reading | 1. Participates in storytelling activities/shares literature with others (i.e., dramatization)<br><br>2. Appreciates reading as a pleasurable activity<br><br>3. Recognizes award-winning materials (i.e., FRA and Caldecott award books)<br><br>4. Enjoys reading nursery rhymes, simple stories, and poetry<br><br>5. Develops an interest in specific authors and illustrators<br><br>6. Enjoys stories in a variety of nonprint formats<br><br>7. Explores cultures through quality literature<br><br>8. Browses collection for personal use<br><br>9. Begins to use library media center resources independently (i.e., listening center, computer stations)<br><br>10. Uses community resources (i.e., public library) | A. The student will participate in the FRA Children's Book Award by voting for a favorite book.<br><br>B. The student will independently select and check out books. |
| II.  Social Responsibility | 1. Understands the concept of sharing access to resources<br><br>2. Begins to develop skills necessary to work with others | A. The student will return books on time and in good condition.<br><br>B. The student will share an information resource with a partner. |
| III. Pre-Search Strategies | 1. Identifies information needs (i.e., location of nonfiction materials and location of activity areas for reading, viewing, and listening)<br><br>2. Exhibits proper behavior and follows established procedures | A. The student will handle materials with care. |

LIBRARY  -  GRADE 1

# LIBRARY/INFORMATION LITERACY

GRADE 1

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| IV. Research | 1. Recognizes the purpose of and the organization of information re-sources (i.e., alphabetizes authors' surnames to locate books; identifies electronic catalog; identifies spine of a book; and defines bibliographic terms including title, author, and illustrator) | A. The student will locate Easy books by authors' surnames. |

Miami-Dade County Public Schools

LIBRARY   -   GRADE 1

2 of 2

# LIBRARY/INFORMATION LITERACY                    GRADE 2

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I  Lifelong Reading | 1. Participates in storytelling activities/shares with others (i.e., dramatization) | A. The student will share literature with others by creating a book, role-playing, retelling a story, using puppetry, etc. |
| | 2. Appreciates reading as a pleasurable activity | |
| | 3. Recognizes award-winning materials (i.e., FRA and Caldecott award books) | B. The student will participate in evaluating books from a selected list. |
| | 4. Enjoys reading a variety of books (i.e., poetry, folklore, nonfiction) | C. The student on a regular basis will select and check out books based on personal preferences. |
| | 5. Identifies story elements (i.e., setting, character) | |
| | 6. Explores cultures through quality literature | |
| | 7. Browses collection for personal use and locates books of favorite authors and illustrators | |
| | 8. Selects and uses materials appropriate to interests, purposes, and abilities (i.e., Accelerated Reader books, recommended reading lists) | |
| | 9. Uses library media center resources independently | |
| | 10. Uses community resources (i.e., public library) | |
| II  Social Responsibility | 1. Understands the concept of sharing access to resources | A. The student will return books on time and in good condition. |
| | 2. Begins to understand the concept of intellectual property | B. The student will write an original story and credit self as author. |
| | 3. Develops skills necessary to work with others | C. The student will work with others to gather information. |

# LIBRARY/INFORMATION LITERACY

## GRADE 2

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| III Pre-Search Strategies | 1. Identifies information needs (i.e., asks questions about topics; locates reference materials; and identifies a variety of electronic resources) | A. The student will formulate a question about a topic. |
| | 2. Exhibits appropriate behavior and follows established procedures | |
| IV Research | 1. Recognizes purpose and organization of information resources (i.e., identifies the electronic catalog; identifies parts of a book including table of contents and index; and defines bibliographic terms including title, author, and illustrator) | A. The student will identify materials on a topic using the electronic catalog. |
| | 2. Uses appropriate print, nonprint, and electronic resources to gather information (dictionary, encyclopedia, map) | B. Using nonfiction books, the student will locate the title page, table of contents, and index. |
| V Application | 1. Begins to use criteria for selecting materials (i.e., subject, reading level, graphics, fiction/nonfiction) | A. After examining a variety of resources, such as dictionaries and encyclopedias, the student will choose the information appropriate to answer a question. |
| | 2. Uses resources without copying | |
| | 3. Records limited bibliographic data (i.e., author and title) | B. When collecting information, the student will answer questions using keywords or phrases. |
| | 4. Chooses appropriate information to answer a question | |
| VI Communication | 1. Organizes information and ideas (i.e., story maps, graphic organizers, presentations, reports, posters, books) | A. The student will convey information in written, oral, or visual media. |
| | 2. Presents information and ideas (i.e., draw/paint presentation, reports, posters, books) | |

Miami-Dade County Public Schools

# LIBRARY/INFORMATION LITERACY

GRADE 3

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I Lifelong Reading | 1. Participates in library promotional activities | A. The student will illustrate a favorite story or poem through costumes, puppetry, pictures, displays, and/or dramatization. |
| | 2. Selects reading as a personal activity | |
| | 3. Reads award-winning materials (i.e., Sunshine State, Coretta Scott King, Pura Belpré awards) | B. The student will read and evaluate books from a selected list. |
| | 4. Differentiates among genres of literature (i.e., fables, fairy tales, folk tales, tall tales, and mysteries) | |
| | 5. Recognizes story elements (i.e., setting, character, plot) | |
| | 6. Enjoys and appreciates quality literature through listening, viewing, and reading | |
| | 7. Explores cultures through quality literature | |
| | 8. Selects and uses materials appropriate to interests, purposes, and abilities (i.e., Accelerated Reader books, recommended reading lists, and magazines) | |
| | 9. Uses community resources (i.e. public library) | |
| II Social Responsibility | 1. Respects the rights of others to use resources | A. The student will return books on time and in good condition. |
| | 2. Understands the concept of intellectual property rights | B. The student will recognize the contributions and rights of the author. |
| | 3. Develops skills necessary to work with others | C. The student will work with others to answer a search question. |

LIBRARY  -  GRADE 3

Miami-Dade County Public Schools

# LIBRARY/INFORMATION LITERACY          GRADE 3

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| III Pre-Search Strategies | 1. Identifies information needs by using a variety of questioning skills | A. The student will sequence the steps needed to gather information from a catalog search to location of information source. |
| | 2. Defines steps to gather information | |
| | 3. Understands concept of subject searching (i.e., keywords or phrases) | B. The student will use a keyword to conduct an electronic search. |
| IV Research | 1. Understands structure and organization of information (i.e., indexes, Dewey Decimal System of Classification, electronic catalog, digital reference resources) | A. The student will identify materials on a topic using electronic catalog and locate items using call numbers. |
| | 2. Accesses information in a variety of print and electronic resources | B. The student will retrieve information on a topic using electronic resources. |
| | 3. Selects the appropriate type of source to answer a question (dictionary, encyclopedia, atlas, almanac) | C. From a list of sources, the student will select the most appropriate to answer a specific question. |
| | 4. Uses appropriate print, nonprint, and electronic resources to gather information (i.e., maps, globes, videotapes, schedules, online databases, Internet resources) | |
| V Application | 1. Examines materials for the purpose of distinguishing between fact and opinion | A. After examining a variety of resources, the student will choose the information appropriate to answer a question. |
| | 2. Develops personal and evaluative criteria for selecting materials | |
| | 3. Selects appropriate print and nonprint resources to gather information using evaluative criteria (reading level, copyright date) | B. Using an appropriate graphic organizer, the student will take notes. |
| | 4. Chooses appropriate information to answer a question | |
| | 5. Uses resources without violating copyright laws | |
| | 6. Records information in an organized manner, noting bibliographic data (i.e., author, title, publisher, date) | |

Miami-Dade County Public Schools

# LIBRARY/INFORMATION LITERACY     GRADE 3

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| VI  Communication | 1.  Understands techniques used to produce a project<br><br>2.  Selects and uses appropriate equipment and accessories<br><br>3.  Reorganizes information and ideas (storyboards, webs, and graphic organizers)<br><br>4.  Presents information and ideas ( i.e., traditional, word processed, or multimedia reports; posters; books)<br><br>5.  Evaluates the search process and product | A.  The student will demonstrate safe operation and care of equipment.<br><br>B.  The student will convey information in written, oral, or visual format using appropriate technology. |

# LIBRARY/INFORMATION LITERACY                    GRADE 4

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I Lifelong Reading | 1. Selects reading as a personal activity | A. The student will select and check out nonfiction materials based on curricular needs and personal interests. |
| | 2. Reads award-winning books (i.e., Sunshine State, Coretta Scott King, Pura Belpré award books) | B. The student will define various types of literature. |
| | 3. Expands understanding of story elements (i.e., setting, character, plot) | |
| | 4. Distinguishes among genres of literature (i.e., poetry, plays, biographies and autobiographies, legends, humor, and realistic fiction) | |
| | 5. Enjoys and appreciates quality literature through listening, viewing, and reading | |
| | 6. Expands knowledge of other cultures through reading quality literature | |
| | 7. Selects and uses materials appropriate to interests, purposes, and abilities (i.e., Accelerated Reader books, recommended reading lists, magazines) | |
| | 8. Uses community resources for informational and recreational needs (i.e., public library, museum) | |
| II Social Responsibility | 1. Respects the rights of others to use resources | A. The student will return books on time and in good condition. |
| | 2. Understands the concept of intellectual property rights | B. The student will recognize the contributions and rights of the author or producer. |
| | 3. Develops skills necessary to work with others | C. The student will work with others to solve and information problem. |

Miami-Dade County Public Schools

# LIBRARY/INFORMATION LITERACY                    GRADE 4

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| III Pre-Search Strategies | 1. Identifies information needs by using a variety of questioning skills<br><br>2. Defines steps to gather information<br><br>3. Understands search strategies (i.e. keywords and phrases, cross references, subject headings) | A. The student will list the steps needed to gather information from a catalog search to location of the information source.<br><br>B. The student will use a keyword to conduct a search using district-purchased databases through the Internet. |
| IV Research | 1. Understands structure and organization of information resources (i.e., Dewey Decimal Classification System, electronic catalog, handbooks, almanacs, atlases)<br><br>2. Accesses information in variety of print and electronic resources<br><br>3. Selects the appropriate type of source to answer a question      (ency-clopedia, dictionary, almanac, atlas, biographical resource)<br><br>4. Uses appropriate print, nonprint, and electronic resources to gather information (i.e., graphs, diagrams, magazines, online databases, Internet resources) | A. The student will use the organizational feature of print, nonprint, and electronic reference sources to locate desired information.<br><br>B. Using author, title, and subject, the student will search the electronic catalog and locate material.<br><br>C. From a list of sources, the student will select the most appropriate to answer a specific question. |
| V Application | 1. Examines materials for timeliness, relevancy, or to distinguish between fact and opinion<br><br>2. Develops personal and evaluative criteria for selecting materials<br><br>3. Uses appropriate resources to gather information, recording biblio-graphic data (i.e., graphs, diagrams, periodicals)<br><br>4. Selects and organizes information to answer the search question (i.e., Power Notes, notecards, two column notes, graphic organizer) | A. The student will retrieve facts necessary to answer a search question.<br><br>B. Using an appropriate organizer, the student will take notes and collect bibliographic data. |

LIBRARY   -   GRADE 4

2 of 3

Miami-Dade County Public Schools

# LIBRARY/INFORMATION LITERACY          GRADE 4

Miami-Dade County Public Schools

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| VI Communication | 1. Understands techniques used to produce a project<br><br>2. Selects and uses appropriate equipment and accessories<br><br>3. Reorganizes and presents information and ideas (i.e., timelines, flow charts, graphic organizers)<br><br>4. Presents information and ideas (i.e., traditional, word processed, or multimedia reports; bibliographies; dioramas; oral presentations; pop-up books)<br><br>5. Evaluates search process and product | A. The student will demonstrate safe operation and care of equipment.<br><br>B. The student will convey information in written, oral, or visual media using appropriate technology. |

# LIBRARY/INFORMATION LITERACY          GRADE 5

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| I  Lifelong Reading | 1. Selects reading as a personal activity <br><br> 2. Reads award-winning books (i.e., John Newbery, Sunshine State, Coretta Scott King, Pura Belpré award books) <br><br> 3. Expands understanding of story elements (i.e., setting, character, plot) <br><br> 4. Distinguishes among genres of literature (i.e., mythology, adventure, poetry, science fiction, and historical fiction) <br><br> 5. Enjoys and appreciates quality literature through listening, viewing, and reading <br><br> 6. Recognizes cultural diversity through literature <br><br> 7. Selects and uses materials appropriate to interests, purposes, and abilities (i.e., Accelerated Reader books, recommended reading lists, newspapers) <br><br> 8. Uses community resources for informational and recreational needs (i.e., public libraries, museums) | A. The student will select and check out nonfiction materials based on curricular needs and personal interests. <br><br> B. The student will differentiate among the various genres of literature. |
| II  Social Responsibility | 1. Respects the rights of others to equitable access to information <br><br> 2. Understands the concept of intellectual property rights <br><br> 3. Identifies the concept of intellectual freedom <br><br> 4. Develops skills necessary to work with others | A. The student will return library materials on time and in good condition. <br><br> B. The student will recognize the contributions and rights of the author or producer. <br><br> C. The student will work with others to solve an information problem. |



Miami-Dade County Public Schools

# LIBRARY/INFORMATION LITERACY   GRADE 5

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| III Pre-Search Strategies | 1. Identifies information needs by using a variety of questioning skills<br><br>2. Defines steps to gather information<br><br>3. Understands and uses search terminology (i.e., keywords or phrases, subject headings, alternative terms) | A. The student will formulate research questions on a specific topic.<br><br>B. The student will use a keyword to conduct a search using district-purchased databases through the Internet. |
| IV Research | 1. Understands structure and organization of information resources (i.e., specialized reference sources, thesauri)<br><br>2. Accesses information in a variety of print and electronic resources<br><br>3. Selects appropriate type of source to answer a question (encyclopedia, dictionary, almanac, atlas, biographical resource, specialized dictionary)<br><br>4. Uses appropriate print, nonprint, and electronic resources to gather information (i.e., graphs, diagrams, magazines, online databases, Internet resources) | A. The student will use the organizational features of print, nonprint, and electronic reference sources to locate desired information within contents.<br><br>B. Using author, title, and subject, the student will search the electronic catalog and locate materials.<br><br>C. From a list of sources, the student will select the most appropriate to answer a specific question. |
| V Application | 1. Examines resources for timeliness, authoritativeness, relevancy, or to distinguish between fact and opinion<br><br>2. Develops personal and evaluative criteria for selecting relevant resources<br><br>3. Compiles and organizes information to answer the search question, recording bibliographic data (i.e., Power Notes, notecards, two column notes, graphic organizer, word processor) | A. The student will retrieve and analyze facts relevant to answer a search question.<br><br>B. Using an appropriate organizer, the student will take notes and collect bibliographic data. |

# LIBRARY/INFORMATION LITERACY     GRADE 5

Miami-Dade County Public Schools

| COMPONENT | OBJECTIVES | COMPETENCY |
|---|---|---|
| VI Communication | 1. Understands the techniques necessary to produce a project<br><br>2. Selects and uses appropriate equipment and accessories<br><br>3. Reorganizes information and ideas (i.e., outlining)<br><br>4. Presents information and ideas, including a bibliography (i.e., traditional, word processed, or multimedia reports; video productions; oral presentations)<br><br>5. Evaluates the search process and product | A. The student will demonstrate safe operation and care of equipment.<br><br>B. The student will convey information in written, oral, or visual format using appropriate technology. |

# APPENDIX B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21577 CIV-GOLD/Turnoff

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC., GREATER MIAMI
CHAPTER, MIAMI-DADE COUNTY
STUDENT GOVERNMENT
ASSOCIATION,

      Plaintiffs,

v.

MIAMI-DADE COUNTY SCHOOL
BOARD, RUDOLPH F. CREW, in his
official capacity as Superintendent of
Schools, Miami-Dade County Public
Schools,

      Defendants.

_____/

## AFFIDAVIT OF PROFESSOR JUAN CLARK, PHD

STATE OF FLORIDA     )
                          ) ss:
COUNTY OF MIAMI-DADE  )

     Personally appeared before the undersigned officer, duly authorized to administer oaths, Juan Clark, who states under oath as follows:

    1.     My name is Juan M. Clark and I am over the age of 18.

    2.     I am professor Emeritus of Sociology at Miami-Dade College where I have taught since 1971. I was among the first recipients of the

1992-1995 Endowed Teaching Chair, the highest recognition available to the faculty of Miami-Dade Community College. A true and correct copy of may C.V. is attached as Exhibit 1.

3.      Since 1969, I have researched the living conditions in Cuba mainly through the testimony of more than 1600 persons who have lived there. As reflected on my C.V., I have written extensively on the topic. In 1990, I published an 800-page book on life in Cuba entitled, "CUBA: Mito y Realidad" ("CUBA: Myth and Reality"), and in 1992 a second edition of the same. It is considered a landmark work on revolutionary Cuba and is the most thoroughly documented book regarding modern living conditions in that country. I have published other books in connection with the Cuban Exodus, as well as on religious repression and human rights in Cuba.

4.      I have testified before U.S. Congressional Committees and have lectured extensively in this country and abroad regarding the subject of living conditions in modern Cuba.

5.      I have thoroughly reviewed the book *A Visit to Cuba* and its Spanish counterpart *Vamos a Cuba* (the "Cuba Books").

6.      The Cuba Books are part of a series of geography books for children in kindergarten through second grade which are intended to "help[]

2

readers understand what it's like to be a child in another land." (Exhibit 2 hereto).

7.    The fundamental flaw in the Cuba Books is that they fail to fairly and accurately portray life in Cuba and contain blunt inaccuracies regarding that country. Therefore, the Cuba Books utterly fail to help their readers understand what it's like to be an average person or a child living in Cuba.

8.    The Cuba Books fail to fairly and accurately portray life in Cuba principally because they completely ignore, or simply do not understand, the effect of the totalitarian system that pervades every aspect of everyday life for the people and children in Cuba.

9.    To fairly present Cuba's reality it is crucial to understand the fact that Cuba is a unique and rigid totalitarian society, where the government attempts to control every thing and every one. Cuba has been governed capriciously by the whims of one man, who not only ruled politically for over 47 years, but has also destroyed its once flourishing economy. Its takeover by the state practically eliminated legal private initiative and the free market, bringing great penury to its people to the point that most would like to leave the country by any possible means. He has used a very sophisticated repressive system that has comprised the

3

execution of thousands and the imprisonment of tens of thousands over the years. This realty is indeed radically different from that of any country in this hemisphere.

10. Ignoring this background societal fact is akin to describing Hitler's Germany in the late 30's, completely ignoring its highly repressive nature, with its concentration camps and the holocaust, and only touching on the great autobahn system developed, and the pulling of the country out of the deep depression, making it a great industrial and military power.

11. Some of the inaccuracies of the Cuba Books, on the other hand, are simply the result of poor research into the topic, and likely a consequence of the fact that the author may have never visited Cuba before writing the Book.

12. As set forth in my report submitted to the Ad Hoc District Materials Review Committee (DMRC), "A Content Analysis of the Book Vamos a Cuba," the Cuba Books have inaccuracies in at least 14 of their 29 pages of text and, in other cases, contain unclear or ambivalent language. (Exhibit 3 hereto).

13. The Spanish translation of the Cuba Books is titled "Vamos a Cuba" or "Let's go to Cuba". This title is itself inaccurate because it

4

suggests that the young reader can go to Cuba, when in fact, travel to Cuba from the United States is highly restricted.

14.     In the introductory paragraphs, the Cuba Books state: "People in Cuba *eat, work, and go to school like you do*. Life in Cuba is also unique." (Cuba Books, page 5) (emphasis added). Thus, the premise of the Cuba Books is that the lives of people in Cuba are similar to the lives of the American children reading the books. But, of course, this is not the case. There is nothing remotely similar about the way people living under the repressive totalitarian Cuban regime eat, work or study.

**People in Cuba do not "eat . . . . like you do."**

15.     On page 12, the Cuba Books state: "White Rice is the most common food in Cuba. Sometimes it is mixed with black beans. Chicken with rice is popular too." On page 13, the Cuba Books state: "Many kinds of fruits grow in Cuba. Bananas, pineapples, oranges, and mangoes are favorites. Yucca is a plant that people eat as a vegetable."

16.     This text supports the Cuba Books' message that Cuban children "eat . . . like you do." However, nothing could be further from the truth. Cubans struggle every day to find enough food to eat. It is a fact that many in Cuba, particularly children, suffer from malnutrition. While it is true that fruits are grown in Cuba, the totalitarian government has controlled

5

all agricultural production with very negative results due to its collectivization, exporting the best food and rationing the rest since 1962. It is illegal for the few small private farmers to sell any produce or fruits directly to the people; instead, it must be sold through government channels or outlets, or through the underground economy. It is a fact that the rationed food sold by the government, which is intended to last one month, barely lasts a couple of weeks. The rest of the month Cubans have to resort to highly priced non-rationed markets.

17.     The suggestion that Cuban people, and children in particular, regularly enjoy rice, beans, chicken and fruits like bananas, pineapples, oranges and mangoes is simply not correct. Indeed the statements are belied by the pictures on pages 12 and 13 which show the meager fare available to the average Cuban.

**People in Cuba do not "work . . . like you do."**

18.     In Cuba's totalitarian regime, practically everyone must work for the government. It has been a crime to run a private business or to privately practice a profession. Because income from work is insufficient to make ends meet, many people are forced to work in the underground economy, running the risk of imprisonment, fines and/or confiscation of property. Furthermore, people are forced to steal whatever they can from

6

their place of employment, which is called "resolver," in order to barter or sell those items to make ends meet. Obviously, it is incorrect to suggest that working in Cuba is like working in this country.

**People in Cuba do not "study like you do."**

19. Education in Cuba is a rigid monopoly of the totalitarian system, since no private education is allowed. The school in Cuba is also a primary instrument of political control and repression. The Cuban report card ("Expediente Acumulativo del Escolar") records not only the students' academic record, but also their political record and that of their parents. (Exhibit 4). Not having a "political stain" on that record is crucial to having access at the university level, since "the universities are for the revolutionaries." Indeed, if students are not members of the "Union de Jovenes Communistas" UJC (Union of Young Communists) certain careers of significant social impact, such as psychology, journalism and law are precluded to them.

20. Page 23 states "All school children do some kind of work during their school day. Some children work in gardens. Older children may work in factories." These sentences do not portray the harsh reality of life for students in Cuba. The reality for these students is that from the 6th grade on, they go to the countryside for a period of 45 days to do unpaid

7

agricultural work, fulltime. Moreover, starting at the senior high school level, all children must go to the countryside to do unpaid agricultural work, on a permanent basis, alternating a half day in the fields and a half in the classrooms. They do not work in gardens for some part of their school day as the text states. Simply put, Cubans do not study like children in America where child labor laws protect them from the forced labor to which Cuban children in practice are subjected.

**Other inaccuracies**

21. Page 10 states that in the Cuban cities, "[t]here are some beautiful old buildings. There are new buildings, too." This is incorrect. The majority of the buildings in cities like Havana are terribly deteriorated. Indeed, some areas of Havana look like a bombed-out World War II city as a result of the sheer neglect by the government and its absolute control over construction materials. (Exhibit 5 hereto).

22. The Spanish version of the Books states that, since some of the people who settled in Cuba were Roman Catholics and others arrived from Africa, Cuban religious celebrations are a mix of African and Catholic beliefs. (Cuba Books at 27). This is incorrect. The Catholic faith nominally practiced by most Cubans does not have any African rituals. Only in the

8

case of Santeria, a syncretism of Catholic and African religions, is there a mix of both in celebrations.

23. Page 28 of the Cuba Books states that maracas are made of "pumpkins." This is incorrect. Maracas are made from the "guiro" fruit.

24. Page 25 of the Books states that "Cuba's beaches are good for swimming and boating. People like to dive and fish." The photograph displays a beautiful beach. However, this is misleading because, in Cuba, the best beaches are reserved exclusively for tourists and Cuba's elite. A more representative Cuban beach of much lesser quality, to which the people have access, is shown in Exhibit 6.

25. Page 29 of the Cuba Books states that the painting on the rocks pictured were made by natives who lived in Cuba one thousand years ago. However, the work was really painted in the 1960s and is officially called the "Mural de la Prehistoria." It is difficult to understand how the author could have made this mistake, since the tourist information that can be found on the internet explains the origin of the Mural.

26. In short, the Cuba Books fail to fairly and accurately portray life in Cuba and falsely suggest that life in Cuba is similar to life in the United States. The Cuba Books utterly fail to depict the most essential features of Cuba's totalitarian reality. This is indeed quite different from

that all countries in this Hemisphere, and even from previous dictatorships

experienced by Cuba before Castro. In these, in contrast with Castro's, the

individual could remain neutral politically without retribution. This

alternative is not even possible in present-day Cuba.


Dated: July 14, 2006 _Juan Clark_ (signature)

Juan Clark


SWORN TO and SUBSCRIBED before me this 14 day of July,
2006 by Juan Clark, who is personally known to me _____ or has produced
identification: _✓_ (type of identification produced:
_Drwer License_____) and who did take an oath.
_C062 J33 38 176 ' C/16/13_

_Scott J Berg_ (signature)
Notary Public, State of Florida

150616

Notary Public State of Florida
Scott J Berg
My Commission DD553520
Expires 05/17/2010

10

# Exhibit 1

# JUAN M. CLARK, Ph.D.

Juan Clark is professor of sociology at Miami-Dade Community College, Kendall Campus, where he has taught since 1971. Prof. Clark received his doctoral degree from the University of Florida in 1975 with a dissertation on the Cuban exodus, *The Exodus from Revolutionary Cuba (1959-1974): A Sociological Analysis*. He was born in 1938, in Cuba, where he attended the University of Havana which he left in 1960 for political reasons. Clark was president of Cuba's Young Catholic Students movement.

He participated in the struggle for democracy during the Batista dictatorship. Realizing the betrayal by Fidel Castro of his proclaimed democratic ideals and, with the goal of restoring democracy, Clark participated in 1961 as a paratrooper in the Bay of Pigs invasion. He became a prisoner of war for two years. In that process he had the opportunity to confront Castro personally.

Dr. Clark conducted sociological studies in Honduras, Central America, in 1971. In 1964-65 he was the director of a community development project in the marginal "barrios" of Maiquetia and La Guaira, Venezuela. He has researched and written extensively about the South Florida community, particularly about the Hispanic and the Cuban immigration into Miami-Dade County.

Since 1969, Prof. Clark has researched the living conditions in Cuba through the testimonies of more than 1600 persons that have lived there. His most important works in this area are his books *Religious Repression in Cuba*, 1986, and the 800-page book, *Cuba: Mito y Realidad* (Cuba: Myth and Reality, now in its 1992 updated second edition. This is considered a landmark work on revolutionary Cuba. It circulates there as an underground publication. It is now in the process of a first English edition. He has written a synthesis of that work under the title of *Cuba: Exodus, Living Conditions and Human Rights* which has been published in English, Spanish, French and Portuguese.

Other books coming out of this research have been *Human Rights in Cuba: An Experiential Perspective* and *Los Derechos Humanos en Cuba: Una Perspectiva Vivencial*, an identical and simultaneous Spanish version.

He has testified before U.S. congressional committees and has been quoted by the local, national and international media on his areas of expertise. Dr. Clark has also lectured on those subjects at universities in the U.S. and abroad. He collaborated with articles in several periodical publications and newspapers, and is also the coordinator of the Cuban Information Committee.

Prof. Clark has also received the highest recognition as a MDCC faculty, being among the first recipients of a 1992-1995 Endowed Teaching Chair.

Just before the visit of Pope John Paul II to Cuba he published a second completely revised and updated version of his book, *Religious Repression in Cuba*. Here he shows vividly, mostly from an experiential perspective, how religion is particularly repressed in that country through direct and indirect means.

# J U A N  M. C L A R K, Ph.D.

## Personal Information

| | | | |
|---|---|---|---|
| Address: | 9845 SW 87 Street | Married: Clara De León | |
| | Miami, Fl. 33173 | Children: Juan, José | |
| Telephone: | 305 279-3040 home | Born: 5-16-38, Havana | |
| | 305 237-2668 work | Citizenship: American | |
| | 305 271-4679 fax | | |

## Education

| | |
|---|---|
| 1955-1960 | University of Havana. Licentiature in International Studies. Degree interrupted due to political reasons. |
| 1965-1967 | University of Florida. B.S. in Agricultural Economics with minor in Sociology. |
| 1967-1968 | University of Florida. M.S. in Agricultural Economics with minor in Sociology. Thesis: Social Patterns of Rural Family Income. |
| 1969-1971 | University of Florida. ABD in Sociology with minor in Latin American Studies. |
| 1975 | Ph.D. degree granted in 1975. Dissertation: The Exodus from Revolutionary Cuba (1959-1974): A Sociological Analysis. |

## Teaching Experience

| | |
|---|---|
| 1953-1957 | Instructor & later coordinator of Summer School sponsored by the Young Catholic Students of Havana. |
| 1959-1960 | Instructor at Youth Rehabilitation Center, Ministry of Social Welfare, Havana. |
| 1961-1962 | Instructor of literacy courses with fellow political prisoners at Castillo del Principe, Havana. |
| 1964-1965 | Instructor & Coordinator of Center for Fundamental Education of IVAC (Instituto Venezolano de Acción Comunitaria), Maiquetía, Venezuela. |
| 1971 to present | Professor, Sociology Department, Miami-Dade Community present College, South Campus. Taught Introductory Sociology, Marriage & the Family, & Social Research Methods. |
| 1977 | Taught Sociology of Cuban Exiles, at Biscayne College, Miami, Florida. |

## Research Experience

| | |
|---|---|
| 1956-1957 | Director of national survey on attitudes of Cuban high school students. |
| 1964-1965 | Research on human resources at the La Guaira-Maiquetía area, with IVAC, Venezuela. |
| 1967-1969 | Research Assistant at the Agricultural Economics and Sociology Departments on various international projects. |
| 1970 to present | Director of survey on living conditions in Cuba through present interviews with recent arrivals replicating the Harvard Center for Russian Studies methodology. More than 1400 interviews were conducted as well as 600 hours of recordings. |
| 1971 | Field Director of research project funded by Honduras-AID on motivational factors associated with family planning. Interviews with 691 persons conducted in six cities of that country. |
| 1972-1973 | Director of project to assess socio-demographic characteristics of Cubans in Dade County, Fl. A total of 1400 interviews were conducted. |
| 1973-1974 | Director of survey to assess characteristics and needs of Spanish-speaking elderly in Dade County, Fl. Funded by the U.S. Department of HEW. |
| 1973-1979 | Field Director of Cuban sector of research project Latin American Immigrant Minorities in the U.S., sponsored by NIMH. This was a longitudinal project with 590 initial interviews, reinterviewed twice through 1979. Directed by Dr. Alejandro Portes, Duke University. |

1

| 1975 | Director of research project on characteristics as well as felt needs of Cubans in Dade County. Follow-up of 1972-1973 study. |
| 1977-1978 | Advisor to Metropolitan Dade County Office of Latin Affairs on needs assessment and perception of county agencies by the Hispanics on that area. |
| 1980 | Director of survey to assess mayor problems of Hispanic families in Dade County sponsored by Encuentros Familiares, Archdiocesis of Miami. |
| 1983-1986 | Field Director of Cuban sector of project The Adaptation Process of Cuban and Haitian Refugees in the United States, funded by the NSF. Directed by Dr. Alejandro Portes, Johns Hopkins University. |
| 1983 | Chairman of panel "Social Development of the Revolution," of the project "Cuba's Domestic Human Conditions, a 25 Year Record of the Cuban Revolution," sponsored by the Center for Strategic & International Studies, Georgetown University. |
| 1984 | Research coordinator for Radio Martí in the Miami area. |
| 1992 | Research Director on the impact of Hurricane Andrew in the affected areas of our community, sponsored by Miami-Dade Community College, 1160 interviews conducted. |

## Papers and Publications

| 1965 | With Angel R. Peña, Breve Historia del Desarrollo Comunal en Departamento Vargas, IVAC, Caracas, Venezuela. |
| 1966 | The Cuban Exodus and the American Community, University of Florida, unpublished research paper. |
| 1968 | "Generaciones políticas en la clase trabajadora cubana", Nueva Generación, 16, Miami. |
| 1970 | "The Cuban Escapees as Possible Indicators of Cuban Social Conditions," The Latinamericanist, VI, 1, Gainesville, University of Florida. |
| 1971 | With Edgar G. Nesman, Billy G. Gunter and Thomas R. Tocco, Family Planning in Honduras, An Evaluation of Motivational Factors, report submitted to the USAID in Honduras, Contract AID-522-T-216, Tampa, University of South Florida. |
| 1972 | "Selected Aspects of Cuban Internal Conditions," The Theory and Practice of Communism in 1972, Hearings before the Committee on Internal Security, House of Representatives, 92nd. Congress, October, Washington, D.C., pp.7978-7996. |
| 1973 | Importancia y factibilidad de la evaluación de la realidad social cubana, paper presented to the Annual Meeting of the Institute of Cuban Studies, (IEC), Washington, D.C. |
| 1973 | With Manuel Mendoza, The Spanish Speaking Elderly in Dade County: Characteristics and Needs, final report to the Cuban National Planning Council, Inc. under the Social Rehabilitation Grant No. 08-P-55933/3-02, Miami. |
| 1975 | Características y problemas de los cubanos en Miami: un análisis introductorio", Ideal, November, Miami. |
| 1975 | "Importancia de la descripción y evaluación vivencial de la realidad social cubana", Krisis, Autumn, Miami. |
| 1976 | "Factibilidad de la descripción y evaluación vivencial de la realidad social cubana", Krisis, Spring, Miami. |
| 1976 | The Spanish-Speaking in the South East: A Selective and Comparative Profile, paper presented to the First Annual South East Hispanic Conference on Human Services, February, Miami. |
| 1976 | "El terrorismo y la lucha contra Castro", El Miami Herald, October 17. |
| 1977 | "El éxodo cubano: su evolución y características sobresalientes", Anuario Católico Cubano, January, Miami. |
| 1977 | Los cubanos de la isla y del exilio: un análisis comparativo, paper presented to the Annual Meeting of the Institute of Cuban Studies (IEC), January 8, Miami. |
| 1977 | The Cuban Exodus: Its Background, Evolution and Characteristics in the U.S.and its Impact in South Florida, paper presented to the Language Missions Conference, Southern Baptist Convention, February 21, Miami. |
| 1977 | "La vida en Cuba y los reportajes periodísticos", El Miami Herald. |
| 1977 | With Alejandro Portes and Robert L. Bach, "The New Wave: A Statistical Profile of Recent Cuban |

2

Exiles to the U.S.," Cuban Studies, University of Pittsburgh.

1977   Why? The Cuban Exodus Background, Evolution and Impact in the U.S.A., Union of Cubans in Exile, Miami.

1979   "Los cubanos no viven hoy mejor que hace 20 años", El Miami Herald, January 15 & 16.

1979   "La discriminación política en la Cuba actual", Ideal, January II, No. 90.

1979   El éxodo cubano y las condiciones de vida en la Isla: realidades y reflexiones, paper presented to the I Congress of Dissident Cuban Intellectuals, Paris.

1979   "La vida en Cuba: las condiciones de vida en la Cuba actual: conclusiones preliminares de un análisis vivencial", Krisis, Vol. 3, No.1, Spring-Summer, Miami.

1979   With Joel García, Hispanic Users of Jackson Memorial Hospital: An Assessment Study, a survey research report for Jackson Memorial Hospital, Miami.

1979   "Reflexiones en torno a una balsa", El Miami Herald, November 12, 1979, p.4A.

1980   Hispanics in Dade County: Their Characteristics and Needs, Office of the County Manager, Miami.

1980   With Joel García, Hispanics in Dade County and Their Views on Jackson Hospital, a survey research report for Jackson Memorial Hospital.

1980   El Exodo de 1980: Antecedentes y Motivaciones, paper presented to the II Congress of Dissident Cuban Intellectuals, Columbia University.

1980   With Roberto Eduardo Hernández, and Centro Cristiano de Medios de Comunicación (Verbum), Manual de orientación para refugiados, Archdiocesis of Miami.

1981   With José I. Lasaga and Rose S. Reque, The 1980 Mariel Exodus: An Assessment and Prospect, Council for Inter American Security, Washington.

1981   "Bahía de Cochinos 20 años después", El Miami Herald, April 19.

1981   With Alejandro Portes and Manuel M. López, "Six Years Later, A Profile of the Process of Incorporation of Cuban Exiles in the United States," Cuban Studies, University of Pittsburgh, July.

1982   "Exodo Cubano", Informe ODCA, July-August 1982, No. 99-100, Caracas, Venezuela, pp. 7-28.

1982   With Juan A. Figueras, "An Assessment of the Congressional Report on Radio Martí", Radio Broadcasting to Cuba, Hearings before the Committee on Foreign Relations, United States Senate, 97th Congress, July-August, Washington, D.C. pp.530-537.

1983   An Assessment of the Mariel Exodus, Three Years Later, paper presented to the Conference Florida: Refuge of the Third World?, sponsored by Florida A & M University, February 28. It was published as "A View of the Mariel Exodus Three Years Later," in Tercer Aniversario/Puente Mariel-Key West, FACE, (Facts About Cubans in Exile), Miami.

1985   With Alejandro Portes and Robert D. Manning "After Mariel: A Survey of the Resettlement Experiences of 1980 Cuban Refugees in Miami," Cuban Studies, Summer, University of Pittsburgh.

1986   Religious Repression in Cuba, University of Miami, Institute of Interamerican Studies, Coral Gables, Fl.

1987   With Alejandro Portes, "Mariel Refugees: Six Years Later," Migration World Magazine, Vol. XV, No.5.

1987   "La religión en Cuba a la visita de Juan Pablo II a Miami", September, Ideal, Miami.

1988   The Violation of Human Rights in Cuba: An Experiential Perspective, monograph presented to the United Nations Commission on Human Rights.

1988   "Mil voces: en Cuba no hay derechos", El Nuevo Herald, March 5, 6 and 7.

1989   A Sociological-Historical Perspective on the Cuban Drug Traffic Connection, Statement Before the United States Senate Caucus on International Narcotics Control, Miami, Florida, August 11.

1990   Cuba: Mito y Realidad (Testimonios de un pueblo), Miami-Caracas: Saeta Ediciones, 798-page book on the issue of Cuban living conditions based on the research conducted since 1970 with the interviews with more than 1400 arrivals from Cuba.

1991   "The Social Impact of Cuban Immigration in Florida," Monograph in Antonio Jorge, Jaime Suchlicki and Adolfo Leyva de Varona, Cuban Exiles in Florida: Their Presence and Contribution, Coral Gables: Research Institute for Cuban Studies, University of Miami, pp. 39-61.

1991   Los Derechos Humanos en Cuba, Una Perspectiva Vivencial, Miami-Caracas: Saeta Ediciones.

1991   Human Rights in Cuba, An Experiential Perspective, Coral Gables: Research Institute for Cuban Studies, University of Miami.

1991   "El Proceso de Bahía de Cochinos: Un Recuento y sus Lecciones", Diario Las Américas, 17 de abril de 1991.

1991   La Violación de los Derechos Humanos en las Condiciones de Vida en Cuba, Paper presented to the International Meeting in Rome "Europa Chiama a Cuba-Una Proposta Per la Democrazia," Sponsored by the Italian Committee for Human Rights in Cuba, June 24-25.

1992   Cuba: Mito y Realidad, Second Updated Edition, Miami-Caracas: Saeta Ediciones.

1993   Human Rights: A Critical Factor in the Cuban Exodus, paper presented to XXXVIII SALALM (Seminar on the Acquisition of Latin American Materials) Annual Conference, Guadalajara, México.

1993   Cuba: Exodus, Living Conditions and Human Rights, Summary Fact Sheet on the Cuban issue, published also in Spanish and Portuguese with a modified version in Italian.

1994   Cuba: Exodus, Living Conditions and Human Rights, (An Update) Summary Fact Sheet on the Cuban issue, published also in Spanish, French and Portuguese.

1994   Serán masoquistas los cubanos?, El Nuevo Herald, December 21, p.15A

1994   "Public opinion can't validly be polled in Cuba," The Miami Herald, December 22, p. 23A.

1995   With Holly Ackerman, The Cuban Balseros: Voyage of Uncertainty, Monograph by the Cuban American National Council, Miami, Fl.

1995   "La verdad sobre Cuba al mundo", Revista Ideal, No. 267, pp. 7-9.

1996   "Respuesta al último revolucionario", El Nuevo Herald, July 24, p. 9A.

1996   Cuba: Exodus, Living Conditions and Human Rights, (An Update) Summary Fact Sheet on the Cuban issue, published also in Spanish and French.

1997   Human Rights and Indirect Repression in Cuba: the Case of Education, Religion and the Economy, paper presented at the U.N. Human Rights Commission Meeting in Geneva.

1998   Religious Repression in Cuba, Miami, Cuban Living Conditions Project.

1998   "La represión religiosa en Cuba", Diario Las Américas, January 18, 1998, p. 12A.

1998   "Ante la escalada represiva castrista", El Nuevo Día (San Juan, P.R.), January 20, p. 53.

1998   "Religious 'freedom' another tool to empower Castro," The Miami Herald, May 6, 1998.

1998   "Religious Repression in Cuba: Its Evolution and Present Status," Presentation to the III Annual South Florida Symposium on Cuba, Faith and Power: Religion in Contemporary Cuba, sponsored by the University of Miami, September 12, 1998.

1999   "Un recuento de la llegada de Castro al poder y sus consecuencias," Diario Las Américas, January 10, 1999, p. 10A.

1999   Two chapters, "El pueblo Cubano como consumidor," pp. 179-218, and "Igualdad y Privilegio en la revolución de Castro," pp. 219-252, in the book 40 Años de Revolución, El Legado de Castro, Edited by Efrén Córdova (Miami: Ediciones Universal, 1999).

1999   The monograph, "The Pope's visit to Cuba and its Aftermath," Institute for Cuban and Cuban American Studies, Occasional Papers, University of Miami, Vol. 4, No. 2, June.

# Exhibit 2

GR. K-2

# A Visit to…





This series helps readers understand what it's like to be a child in another land, joining in traditional celebrations and visiting classrooms. The books feature fact files, maps, photos, and lists of some basic words in each language. **See page 84 for selected titles in Spanish.**

ACTUAL SIZE TEXT SAMPLE ▶ **Street signs….**

**SET 3:**

   

**SET 2**

   

**SET 1:**

     

    

    

## A Visit to… *Accelerated Reader*

**FULL SERIES: 24 TITLES**  ISBN: 1-4034-0969-2
List Price: $608.57 / 30% Off!: $426.00

**INDIVIDUAL TITLES**
List Price: $25.36 / 30% Off!: $17.75

**Set 3: 4 Titles (2003)**  ISBN: 1-4034-0968-4
List Price: $101.43 / 30% Off!: $71.00
Canada (Quigley)                  1-4034-0964-1
England (Ganeri/Oxlade)           1-4034-0965-X
Scotland (Ganeri/Oxlade)          1-4034-0966-8
Wales (Ganeri/Oxlade)             1-4034-0967-6
Authors: Anita Ganeri and Chris Oxlade, Mary Quigley

**Set 2: 4 Titles (2001)**  ISBN: 1-57572-386-7
List Price: $101.43 / 30% Off!: $71.00
Colombia (Fox)                    1-57572-378-6
Costa Rica (Fox)                  1-57572-379-4
Cuba (Schreier)                   1-57572-380-8
Puerto Rico (Foster)              1-57572-381-6
Authors: Mary Virginia Fox, Alta Schreier, Leila M. Foster

**Set 1: 16 Titles (2000)**  ISBN: 1-57572-854-0
List Price: $405.74 / 30% Off!: $284.00
Australia (Bell)                  1-57572-850-8
Brazil (Roop)                     1-57572-125-2
Cambodia (Alcraft)                1-57572-845-1
China (Roop)                      1-57572-123-6
Egypt (Roop)                      1-57572-122-8
France (Alcraft)                  1-57572-851-6
Germany (Alcraft)                 1-57572-852-4
Greece (Roop)                     1-57572-709-9
India (Roop)                      1-57572-710-2
Ireland (Bell)                    1-57572-847-8
Israel (Roop)                     1-57572-711-0
Italy (Bell)                      1-57572-853-2
Japan (Roop)                      1-57572-712-9
Mexico (Alcraft)                  1-57572-848-6
United Kingdom (Bell)             1-57572-846-X
Vietnam (Roop)                    1-57572-120-1
Authors: Rob Alcraft, Rachael Bell, Peter and Connie Roop

FEATURES: 32 PAGES • LIBRARY BOUND • 7 ⅞" X 8 ¹³/₁₆"
GLOSSARY • INDEX • MAPS • PRONUNCIATION GUIDE
MORE BOOKS TO READ

*"These clear, concise books provide reader-friendly, informative introductions to the history, geography, and cultures of these countries."*

School Library Journal
July 2003

HEINEMANN FIRST LIBRARY

PRIMARY · GEOGRAPHY

**PREK-1**

# El circo (Circus)

Life under the "Big Top" is a fascinating topic for young readers. Each of these books turns circus fun into a great opportunity for new learning. See page 19 for this series and a spread in English.



    



---

**GR. K-2**

# Vamos a (A Visit to...)

These titles help young readers understand what it's like to be a child in another land. They'll travel to famous sites, join in traditional celebrations, and visit schools. The text is supported by colorful maps, photos, and illustrations. See page 54 for this series and a spread in English.

   



---

**GR. K-2**

# Historias de fiestas (Holiday Histories)

Each book in this series describes one of America's holidays or special days. Readers will explore the history of each day and learn the real reason why it is important. Find out why there's no school on some of these days. See page 54 for this series and a spread in English.

 El Día de Acción de Gracias
 El Día de Independencia
 El Día de los Caídos
 El Día de los Presidentes
 El Día de Martin Luther King Jr.



---

**GR. K-2**

# Símbolos de libertad (Symbols of Freedom)

Explore places and things that are important to all Americans. Readers will learn about the people behind each symbol, how the symbol came to be, and where they can find the symbol in everyday life. See page 52 for this series and a spread in English.   *** LOOK FOR 3 NEW TITLES IN SPRING 2006! ***

 Capitolio
 Juramento de lealtad
 bandera
 Casa Blanca
 Estatua de la Libertad

---



**El circo** (Circus) — Accelerated Reader

FULL SERIES: 5 TITLES (2002)    ISBN: 1-58810-800-7
List Price: $106.79 / 30% Off!: $74.75

**INDIVIDUAL TITLES**
List Price: $21.36 / 30% Off!: $14.95

| | |
|---|---|
| Animales de circo (Circus Animals) | 1-58810-797-3 |
| Artistas de circo (Circus Performers) | 1-58810-796-5 |
| ¡Bienvenidos al circo! | |
| (Welcome to the Circus!) | 1-58810-795-7 |
| El circo 123 (Circus 123) | 1-58810-799-X |
| Payasos de circo (Circus Clowns) | 1-58810-798-1 |
| Authors: Denise M. Jordan | |

FEATURES: 24 PAGES • LIBRARY BOUND • 7⅞" X 8¹⁵⁄₁₆"
PICTURE GLOSSARY • INDEX

---

**Vamos a** (A Visit to...) — Accelerated Reader

FULL SERIES: 4 TITLES (2001)    ISBN: 1-58810-145-2
List Price: $101.43 / 30% Off!: $71.00

**INDIVIDUAL TITLES**
List Price: $25.36 / 30% Off!: $17.75

| | |
|---|---|
| Colombia | 1-57572-382-4 |
| Costa Rica | 1-57572-383-2 |
| Cuba | 1-57572-384-0 |
| Puerto Rico | 1-57572-385-9 |
| Authors: Mary Virginia Fox, Leila Merrell Foster, | |
| Alta Schreier | |

FEATURES: 32 PAGES • LIBRARY BOUND • 7⅞" X 8¹⁵⁄₁₆"
GLOSSARY • INDEX

---

**Historias de fiestas** (Holiday Histories)

FULL SERIES: 5 TITLES (2001)    ISBN: 1-4034-3002-0
List Price: $126.79 / 30% Off!: $88.75

**INDIVIDUAL TITLES** — Accelerated Reader
List Price: $25.36 / 30% Off!: $17.75

| | |
|---|---|
| El Día de Acción de Gracias | |
| (Thanksgiving Day) | 1-4034-3007-1 |
| El Día de Independencia | |
| (Independence Day) | 1-4034-3003-9 |
| El Día de los Caídos (Memorial Day) | 1-4034-3005-5 |
| El Día de los Presidentes (Presidents' Day) | 1-4034-3006-3 |
| El Día de Martin Luther King, Jr. | |
| (Martin Luther King Day) | 1-4034-3004-7 |
| Authors: Mir Tamim Ansary | |

FEATURES: 32 PAGES • LIBRARY BOUND • 7⅞" X 8¹⁵⁄₁₆"
GLOSSARY • INDEX

---

**Símbolos de libertad** — Accelerated Reader
(Symbols of Freedom)

FULL SERIES: 5 TITLES (2001)    ISBN: 1-4034-2996-0
List Price: $126.79 / 30% Off!: $88.75

**INDIVIDUAL TITLES**
List Price: $25.36 / 30% Off!: $17.75

| | |
|---|---|
| El Capitolio (The Capitol) | 1-4034-3000-4 |
| El Juramento de Lealtad | |
| (The Pledge of Allegiance) | 1-4034-2997-9 |
| La bandera (The American Flag) | 1-4034-3001-2 |
| La Casa Blanca (The White House) | 1-4034-2998-7 |
| La Estatua de la Libertad | |
| (The Statue of Liberty) | 1-4034-2999-5 |
| Author: Tristan Boyer Binns, Lola M. Schaefer | |

FEATURES: 32 PAGES • LIBRARY BOUND • 7 ⅞" X 8 ¹⁵⁄₁₆"
GLOSSARY • INDEX

---

# Exhibit 3

# A CONTENT ANALYSIS OF THE BOOK V: "USA CUBA"

Juan Clark, Ph.D.[1]

This book, in Spanish, is designed for the elementary school level with the purpose of introducing Cuba to young children. This is a brief analysis, taking into consideration its accuracy (by action or by omission), and language use. The original text will be accompanied by an English translation and a pertinent comment. Our overall assessment indicates the presence of a considerable amount of inaccuracies (in 14 out of its 29 pages of text), and an unclear-ambivalent language in a number of cases. The book completely ignores the dramatic totalitarian system imposed and its consequences, particularly to the Cuban children.

P.5 *La gente en Cuba come, trabaja y estudia como tú. Pero en Cuba hay cosas únicas.*
**The people in Cuba eat, work and study like you. But in Cuba there are unique things.**
It is ignored that there is a rationing system for food in place since 1962, causing a great amount of anguish in all households. There is very little private work since the system attempts to keep a tight control on this economic dimension, to the point of making it a crime to exercise private initiative or to have private practice of a profession. Practically everyone must work for the government. Education is permeated by political control and indoctrination, as well as by discrimination, but with great privilege for children of the elite.

P.10 *....También hay edificios antiguos muy lindos y edificios nuevos.*
**....There are also very pretty old buildings and new buildings.**
This last sentence unbelievably omits the blatantly deteriorated conditions of once thriving cities, particularly large areas in old Havana. This is to the point that some of those areas look like a WWII German bombed city, resulting from sheer neglect by the government, which in practice owns all buildings.

P.11 *En el campo, las casas son sencillas. Se construyen con troncos de palmas. Los techos son de hojas de palma o de paja.*
**In the countryside, houses are simple. They are built with palm trunks. The roofs are made of palm leafs or straw.**
It should have been said that many houses are built that way, but certainly not the majority of those in the countryside. Furthermore, the described houses *(bohíos)* are not built with the trunk of the royal palm since that would destroy the palm, but with (the *yagua*),the upper part attached to the trunk of the long leaf (the *penca*). No straw is used in the roof, only the leafs.

P.13 *En Cuba se dan muchas frutas. El plátano, la piña, la naranja y el mango son de las favoritas....*
**In Cuba many fruits are grown. Bananas, pineapples, oranges and mangos are the favorites.**
Certainly many fruits are grown there. But these are rationed, since the best is exported. It is a fact that children in Cuba are suffering from malnutrition resulting from the totalitarian system imposed on agriculture production where the government attempts to control most of what the remaining small farmers (very harassed by the government) produce. Certainly the picture in the book does not seem to show any of the above-mentioned fruits. By the way, it is illegal for farmers to sell any produce or fruits directely to the people, only through the approved governmental channels.

P.15 *Para las celebraciones, los señores se ponen pantalón y camisa blancos. Las señoras se ponen vestidos de colores con volantes.*
**For the celebrations, gentlemen wear white pants and shirts. Ladies wear colored dresses with ruffles.**
This is indeed an over-generalization prompted by a tourist attraction in which blacks are mostly shown for that purpose. It is incorrect to generalize that there is uniformity in this dressing style, as implied by the text. The vasta majority of Cubans lack adequate clothing and can't afford these "typical" outfits.

P.18 *...no hay muchos carros. En las ciudades, se ven carros viejos de los Estados Unidos. Mucha gente viaja en guagua.*
**...there aren't many cars. In the cities you can see old cars from the United States. Many travel in buses.**
Again, omission produces the most serious inaccuracy. Cubans cannot buy new cars, only foreigners can. Natives are forced to use bicycles or the highly inadequate public transportation. In Havana, the *Camellos* (a bus-tractor trailer contraption) may carry up to 300 persons under horrendous conditions. Any type of transportation for the native is an odyssey. The opposite is true for tourists. Certainly the writer did not try the native's system.

P.19 *En los caminos del campo, se usan carretas tiradas por animales. Los animales también aran la tierra.*
**In the countryside, carts are used drawn by animals. Animals also plow the land.**
This is quite true, but this picture has been the result of the totalitarian system applied to agriculture. Before Castro, agriculture was quite mechanized. The name of the animals are *bueyes* (oxen). It should have been said that *bueyes* are used to plow the land...by themselves they don't plow the land.

---

[1] Dr. Clark, a sociologist, Professor Emeritus of Miami-Dade College, has researched and written extensively about the Cuban exodus and living conditions on the island.

Case 1:06-cv-21557-ASG   Document 27   Entered on FLSD Docket 07/17/2006   Page 112 of 139

P.21   *Las iglesias de español y el inglés son parecidas aunque el inglés tiene más palabras.*

**The English and Spanish let.   resemble each other, although Spanish h.   ew more.**

The alphabets of both languages have exactly the same type of letters and not simply resemble each other. And yes, Spanish has a few additional ones.

P.22   *Los niños estudian en la escuela de los cinco a los catorce años....*

**Children go to school from five to fourteen years of age...**

Its true about the age span, but there is a radical qualitative difference. Education is a rigid monopoly of the totalitarian system, since no private education is allowed. The school in Cuba is also a primary instrument of political control and repression. A brief look at the Cuban report card (the *Expediente Acumulativo del Escolar*) clearly shows how it not only records the students' academic record, but also their political behavior, and for that matter, that of the parents as well. Not having a "political stain" in that record is crucial to have access to the university level, since "the universities are for the revolutionaries."

P.23   *...Todos los estudiantes hacen algún trabajo durante el día escolar. Unos trabajan en huertos. Los mayores trabajan en fabricas.*

**...All students do some work during the school day. Some work in the garden. The older ones work in factories.**

This is absolutely wrong. From the 6th grade on, students go to the countryside for a period of 45 days to do unpaid agricultural work, fulltime. Nowadays, from the senior high level, all must go to the countryside to do unpaid agricultural work, on a permanent basis, alternating half day in the fields and half in the classroom. Needless to say that learning suffers, in addition to great implications of the forced separation from the families at that age and the undesirable environmental conditions. High pregnancy rates in adolescence are a bi-product of this system.

P.25   *La gente va a las playas a nadar, a bucear y a pescar. Se hacen carreras de botes de remo y de botes de vela.*

**People go to the beaches to swim, to skindive and to fish. There are oar and sail-boat races.**

Again, the writer omits that the best beaches are only for tourists, where natives are not allowed, in a way never seen in Cuba before Castro. He had promised that beaches would be open to everyone. I wonder where the writer went to see the above-mentioned races, since the traditional ones were abolished by 1960.

P.27   *A Cuba llegaron católicos. También llegaron africanos. Por eso las celebraciones cubanas son una mezcla de creencias africanas y católicas.*

**Catholics arrived to Cuba. Africans also arrived. For that reason Cuban celebrations are a mix of African and Catholic beliefs.**

The author mixes a religion with race. Should have said, "Spaniards, who were mostly Catholic..." Africans did not simply arrive; they were forcefully brought in as slaves. We will have to assume the author refers to religious celebrations. Catholic celebrations don't have any African influence. Only in the case of *Santería*, a syncretism between the Catholic and African religions, is there a mix of both in their celebrations.

P.28   *La música cubana mezcla ritmos de Africa y de España. Se toca con guitarras, tambores y maracas hechas de calabazas....*

**Cuban music mixes rythms from Africa and Spain. It is played with guitars and maracas made of pumpkins.**

It is debatable the first sentence, since the most classic Cuban music, that of Master Lecuona, known around the world uses mostly the piano. To say that *maracas* are made of pumpkins shows the utter ignorance of the writer on this matter. The *maracas* are made from the *guiro* fruit, dried and properly processed.

P.29   *En un valle de Cuba, hay unas grandes pinturas a color en piedras y en cuevas. Las pintaron los habitantes de Cuba hace unos mil años.*

**In a Cuban valley, there are big colored paintings, on the rocks and caves. These were painted by Cuba's inhabitants about a thousand years ago.**

This is probably the worst factual error in the book. This paint was made in the 1960s; it is advertised that way in Cuban tourist information and in the Internet, yet, unbelievably, the writer introduces this gross misinformation that really has no excuse. This huge painting, called *Mural de la Prehistoria* is located in the Valle de Viñales in Pinar del Rio province.

vamos-a-.cub (6-4-06)

# Exhibit 4



## 42. EL "EXPEDIENTE ACUMULATIVO DEL ESCOLAR", A

### INTRODUCCION

Este expediente acumulativo constituye un elemento clave dentro de la organización escolar del país que el Estado Revolucionario —por conducto del MINED— pone en manos del maestro, realizador en la base de la política educativa que aquí elabora, orienta y dirige.

Como tal elemento clave es un instrumento que permite al docente, por un lado, registrar, conocer, analizar y dirigir el proceso de desarrollo integral de cada educando, y al MINED por el otro, ejercer las funciones de control que con sus inherentes, enterarse la aplicación de medidas destinadas a darle una mejor y mayor eficiencia al funcionamiento del sistema educativo nacional.

Este documento-registro lo lleva el docente responsabilizado, en cada curso escolar con la ayuda de grupos de docentes o de organizaciones políticas y de masas, según el caso, de acuerdo con las orientaciones que aparecen en un impreso redactado al efecto, bajo el título de:

### EXPEDIENTE ACUMULATIVO DEL ESCOLAR

### MANUAL DE INSTRUCCIONES

El MINED ofrece además, de modo sistemático y permanente, la ayuda y orientación al magisterio que demanda la vigencia de este nuevo

---

**INDICE**

CAP.

| I | DATOS GENERALES |
| II | CONTROL DE LA ESCOLARIDAD |
| III | RESUMEN DE LA ETAPA PREESCOLAR |
| IV | DESARROLLO BIOLOGICO |
| V | CONDICIONES SOCIOECONOMICAS |
| VI | BASES DEL APRENDIZAJE |
| VII | PERSONALIDAD |
| VIII | EDUCACION FISICA Y DEPORTIVA |
| IX | EDUCACION ARTISTICA |
| X | EDUCACION PARA EL TRABAJO |
| XI | EDUCACION IDEOLOGICA, POLITICA Y MORAL |
| XII | FORMACION VOCACIONAL |
| XIII | EDUCACION PARA LA DEFENSA |
| XIV | HECHOS SIGNIFICATIVOS |
| XV | RESUMEN ANUAL |
| XVI | DILIGENCIAS |
| XVII | CIERRE DEL EXPEDIENTE |

*Este es otro de los más eficaces instrumentos de control de la juventud y a la vez menos conocidos en el exterior. El mismo convierte al maestro, de hecho, en agente represivo al tener que reportar sobre la conducta política de sus alumnos. El mismo instrumento seguirá al joven durante toda su educación, incluyendo la universitaria. Es de carácter cuantitativo y cualitativo como lo muestra la Sección XI, arriba.*

XI   EDUCACION IDEOLOGICA, POLITICA Y MORAL

ESPECIFICACION DE LOS METODOS O ESTIMULOS OBTENIDOS

| FECHA | M | B | BREVE EXPLICACION |
|---|---|---|---|
| 16-79 | X | | |
| | | | |
| | | | |

| | EDUCACION PRIMARIA | EDUCACION MEDIA Y MOV. JUVENIL | EDUCACION SUPERIOR | REPETICIONES |
|---|---|---|---|---|

**COMPORTAMIENTO IDEOLOGICO-POLITICO**

**EN A LAS ORGANIZACIONES POLITICAS Y DE MA- CTERIZACIONES POLITICAS Y DE A LAS CUALES PERTENECE**

CLAVES:
- NO PERTENECE — 1
- MIEMBRO DE FILA — 2
- DIRIGENTE — 3

- U.J.C.
- P.C.C.
- C.D.R.
- F.M.C.
- U.P.C. / F.E.E.M. / F.E.U.
- MILICIAS

CLAVES:
- NO PARTICIPA — 1
- MIEMBRO DE FILA (GRADO DE PARTICIPA-CION) — 2
- DIRIGENTE
- MUY BAJA — 1
- PROMEDIO — 3
- MUY ALTA — 4

**COMPORTAMIENTO IDEOLOGICO-MORAL**

| | EDUCACION PRIMARIA | | EDUCACION MEDIA Y MOV. JUVENIL | | | |
|---|---|---|---|---|---|---|
| SOLIDARIDAD Y COOPERACION | 4 | 4 | 4 | 4 | 4 | 4 |
| ESTUDIO | 4 | 4 | 4 | 4 | 3 | 3 |
| NORMAS Y COSTUMBRES EN SUS RELACIONES PERSONALES | 5 | 5 | 4 | 3 | 4 | 4 |
| PROPIEDAD SOCIAL | 5 | 5 | 4 | 3 | 3 | 3 |
| HOGAR, ESCUELA Y COMUNIDAD | 4 | 4 | 4 | 4 | 3 | 3 |
| PROBLEMATICA NACIONAL | 4 | 4 | 4 | 4 | 3 | 3 |
| PROBLEMATICA INTERNACIONAL | 4 | 4 | 4 | 3 | 3 | 3 |
| PRACTICA SOCIAL COMUNISTA | | | | | | |

CLAVES:   1 - MUY BAJO   2 - BAJO   3 - PROMEDIO   4 - ALTO   5 - MUY ALTO

35.- The Cumulative Record also evaluates the student qualitatively in his "ideological, political, moral and work education," as shown for this second-grade student. This in fact turns the sacred profession of the teacher into that of a repressive agent.

34.- The *Expediente Acumulativo del Escolar* (Cumulative Academic Record) has been one of the least known abroad instruments of indirect repression. It clearly shows the attempt to control the entire life of the student and his family, as the illustration above shows, where a numeric code is assigned to evaluate mainly the "ideological integration" of the "father or guardian" or "mother or guardian," as well as the religious participation of the family. In the illustration below, the "ideological-moral" and "ideological-political" conduct of the student is evaluated, through his membership in the political and "mass organizations."

# Exhibit 5




Regular buildings in Havana, Cuba -
*Edificios en La Habana, Cuba.*

Hotel Victori
*Where is the*
*Hotel Victor*
*Dónde esta*



Regular buildings in Havana, Cuba -
*Edificios en La Habana, Cuba.*

Hotel Victori
*Where is the*
*Hotel Victor*
*Dónde esta*



MELIA LA HABANA …..sin comentarios



Melia para Cubanos….viva la igualdad y la revolucion!



5.12.2006



Hotel América, ahora residencias América, le gustaría comprar en propiedad horizontal un lujoso apartamento aca en el mar de la felicidad? Sin a gua, pero si tiene unos buenos tobos échele bolas!!!COMPRE



El transporte público METRO-CUBA SI CUMPLE (por favor pague al subir La Casa)



*Pinar del Río*

Cuba se cae a pedazos



# Exhibit 6



Reuter

## LAS PLAYAS DEL PUEBLO

Cientos de cubanos se bañan en el Malecón casi a la entrada de la bahía de La Habana, ante la imposibilidad de trasladarse a las playas debido a la aguda crisis del transporte. Por otra parte, el semanario *Trabajadores* señaló el lunes que se procura incrementar el número de bueyes en las labores agrícolas, con el fin de aliviar la escasez de combustible.

# APPENDIX C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21577 CIV-GOLD/Turnoff

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC., GREATER MIAMI
CHAPTER, MIAMI-DADE COUNTY
STUDENT GOVERNMENT
ASSOCIATION,

      Plaintiffs,

v.

MIAMI-DADE COUNTY SCHOOL
BOARD, RUDOLPH F. CREW, in his
official capacity as Superintendent of
Schools, Miami-Dade County Public
Schools,

      Defendants.

_____/

## AFFIDAVIT OF LYDIA M. USATEGUI, M.D.

STATE OF FLORIDA     )
                    ) ss:
COUNTY OF MIAMI-DADE )

      Personally appeared before the undersigned officer, duly authorized to

administer oaths, Lydia M. Usategui, who states under oath as follows:

1.    My name is Lydia M. Usategui and I am over the age of 18.

1

2.     I am a child psychiatrist, with over twenty years of experience, specializing in the treatment of children, adolescents, and adults.   A true and correct copy of my C.V. is attached as Exhibit 1 hereto.

3.     I completed medical school and received my medical degree from the University of Miami in May 1981.  I completed my residency in psychiatry in 1984 at Jackson Memorial Hospital.  In 1986, I completed my Fellowship in Child and Adolescent Psychiatry at Jackson Memorial Hospital.  From 1989 until 1993, I served as a consultant in the Child Psychiatry Program at Douglas Gardens Community Mental Health Center in Miami, Florida.

4.     Since 1999, I have served as President of the Committee for the Human Rights of Children -- a not-for-profit corporation.   In 2001, I produced a human rights documentary entitled: "Made in Cuba: Children of Paradise."   This documentary presents the human rights violations of children under Castro's regime and provides an overview of modern life in Cuba.

5.     I have thoroughly reviewed the books *Vamos A Cuba* and *A Visit to Cuba* (the "Cuba books").

6.     The Cuba books are false and misleading because they suggest that life for people and children in Cuba similar to life for children in the United States when that is actually not the case.  Many of the specific inaccuracies

2

and omissions are identified in Professor Clark's report entitled "A Content Analsysis of the Book Vamos A Cuba," and I agree that the Cuba books are inaccurate for the reasons stated by Professor Clark. (Exhibit 2 hereto).

7. The Cuba books are part of a series of books that treat all countries as if they were fundamentally the same. This approach is completely mistaken with regards to a country controlled by a totalitarian system. As Dr. Clark explains, a totalitarian system pervades all aspects of daily life and renders it altogether dissimilar to life in free countries. In Cuba there exists the law "Código de la Niñez y la Juventud" (Code of Childhood and Youth), which clearly states how the totalitarian government controls the lives of children.

8. It is worth noting that the assertion that modern Cuba is a tyrannical totalitarian regime is not a political point of view. It is an undeniable fact in the same way that it is undeniable that Adolf Hitler and Saddam Hussein were tyrants. Cuba is listed by the U.S. State Department as one of the countries determined to be a "state sponsor of terrorism" – the only one in the Americas. Cuba was expelled from the Organization of American States (O.A.S.) for similar reasons. Would anyone think twice about removing a book whose premise was that life for Jewish children in Nazi Germany or life for Kurds under Hussein was pleasant and similar to life for American children?

3

9. In my opinion as a child psychiatrist, it is entirely inappropriate to teach or use an inaccurate book to instruct children on geography or any other subject. This is especially true with respect to nonfiction and factual educational materials, regardless of whether they are intended to be introductions to the subject matter.

10. The need for accuracy in factual information is especially true and of utmost importance for five to seven year-olds, because they are very impressionable. Children in this age group accept what they are exposed to at face value and are unable to question or challenge it. Five to seven year-olds do not have the cognitive ability to analyze and discern falsehoods from truth. For this reason, children five to seven years-old cannot ascertain the accuracy of the content in the Cuba books.

11. Moreover, it is damaging to children to present them with inaccurate information. This results in confusion for the children, especially when subsequently exposed to accurate information. It is particularly damaging to teach misinformation about Cuba in this community, since the Cuba books teach something that is different from what the children learn in their homes or from peers in their neighborhoods. This can lead to cognitive dissonance and confusion. In addition, this can also cause children to lose respect for authority figures and question their credibility.

4

12.    I do not suggest necessarily that children ages five to seven have to be presented with facts on malnutrition, forced labor, and deprivation of civil liberties – since these are difficult concepts for this age group. These facts might be presented in a manner that is age-appropriate, such as when children learn about the hardships of other children by participating in activities that help underprivileged children, such as toy drives. This way, children begin learning how to help and care for others in an age appropriate manner. In contrast, I find that in the Cuba books, children are improperly taught facts about Cuba that are false and misleading.

13.    Since children ages five to seven do not have the ability to critically analyze materials they find in the library, it follows that educational materials in libraries need to be educationally suitable with regards to accuracy, age appropriateness, lack of distortions, misleading information, absence of bias, prejudice, and stereotyping. Children in this age group do not have the ability to analyze different perspectives since they do not understand the concept of different perspectives and thus cannot use the library for this purpose.

14.    I participated in the DMRC process, where I presented my analysis that the Cuba books were inaccurate and harmful for children. I voted against retaining the Cuba books. I believe that other members of the

5

Committee, who voted in favor of retaining the books, failed to focus on the content of the books and instead concluded that the books were appropriate and suitable for children because they had sentence structure, vocabulary and pictures which were appropriate for the age group. In this regard, I also introduced Professor Clark's analysis of the content of the book *Vamos a Cuba* for the Committee's consideration. I believe the Committee failed to adequately take the report into consideration when analyzing the suitability of the Cuba Books.

Dated: July 14, 2006        *Lydia M. Usategui*

                            Lydia M. Usategui

SWORN TO and SUBSCRIBED before me this 14 day of July, 2006 by Lydia M. Usategui, who is personally known to me ✓ or has produced identification: ____ (type of identification produced: _____) and who did take an oath.

                            *Margarita Diaz*

                            Notary Public - State of Florida

150706v1

6

# Exhibit 1

# Lydia M. Usategui, M.D.

8700 N. Kendall Drive, Suite 201
Miami, Florida 33176
Ph:  (305) 595-5959
Fax: (305) 279-6684

## PROFESSIONAL EXPERIENCE

**Solo Private Practice – Psychiatry**  -  1986 to Present
Specializing in the treatment of children, adolescents, and adults.

**Consulting Psychiatrist**  -  1986 to 2005
Individual student evaluations for the Miami-Dade County School District and
Broward County School District.

**Volunteer Faculty**  -  1986 to Present
University of Miami - School of Medicine - Department of Psychiatry

## EDUCATION

**Bachelor of Arts -** Magna Cum Laude  -  December 1976
University of Miami

**Bachelor of Science -** Magna Cum Laude  -  June 1977
University of Miami

**Doctor of Medicine**  -  May 1981
University of Miami

**Medical Rotation**  -  July - November 1981
Jackson Memorial Hospital, Miami, Florida

**Psychiatry Residency**  -  1981-1984
Jackson Memorial Hospital - Department of Psychiatry

**Fellowship in Child and Adolescent Psychiatry**  -  1984 - 1986
Jackson Memorial Hospital

## LICENSES / CERTIFICATIONS

**National Board of Medical Examiners**  -  1982

**American Board of Psychiatry and Neurology - Diplomate**  -  March 1988

CURRICULUM VITAE - Lydia M. Usategui, M.D. - Page 2 of 5

---

# PROFESSIONAL AFFILIATIONS

American Psychiatric Association – Distinguished Fellow
South Florida Chapter - Florida Psychiatric Society
American Academy of Child and Adolescent Psychiatry
South Florida Council for Child and Adolescent Psychiatry
Cuban-American Psychiatric Association

---

# PROFESSIONAL ACTIVITIES

**Treasurer** - March 2002 to March 2004
South Florida Council of Child and Adolescent Psychiatry

**President** - May 2001 to May 2003
South Florida Psychiatric Society

**Vice-President** - 2000-2001
South Florida Psychiatric Society

**Member & Liaison** - 1995 to Present
American Psychiatric Association - Practice Research Network

**Consultant to Child Psychiatry Program** - 1989 - 1993
Douglas Gardens Community Mental Health Center, Miami, Florida

**Panelist for Social Security Disability Evaluation Study** - April to November 1986
American Psychiatric Association

**Consultant to Time Limited Dynamic Psychotherapy Research Project** - 1985
University of Miami & Miami World Health Organization Collaborating Center

---

# COMMUNITY ACTIVITIES

**President** - 1999 to Present
**Committee for the Human Rights of Children**
Not-for-profit educational 501(c) 3 Florida corporation

**Executive Producer** - 2001
Human Rights documentary: "*Made in Cuba: Children of Paradise*"

**Consultant via live Phone Bank**
Post September 11th Crisis - Television - Channel 10 WPLG

**Pro-bono Consultant**
Psychiatric services in the Miami community

## LECTURES & PRESENTATIONS

**Florida State Capitol – "Cuba Day"** - Tallahassee, Florida – March 23, 2005
Exhibit & Presentation on human rights of children in Cuba to legislators

**Old Meeting House** – Boston, Massachussetts – October 2004
Panel presentation on human rights of children in Cuba

**League of United Latin American Citizens (LULAC)** – San Antonio, Tx – July 2004
Panel presentation on human rights of children in Cuba

**American Academy of Child & Adolescent Psychiatry** – Annual Meeting – Oct. 2003
Miami Beach, Florida
Presentation on human rights of children in Cuba

**Miami-Dade College / Tower Theatre** – Miami, Florida – October 2003
Documentary presentation on human rights of children in Cuba

**Heritage Foundation** – Washington, D.C. – November 2002
Presentation: "Children's Health and Education in Cuba: Now & After Castro"

**American Academy of Child & Adolescent Psychiatry** – Annual Meeting – Oct. 2002
San Francisco, California
Media Theatre Documentary Presentation on human rights of children in Cuba

**United Nations Special Session on Children** - New York City - May 2002
Panelist in briefing to international press and New York community on Human Rights

**University of Miami - Koubek Center**  -  March 2002
Presentation on Human Rights

**St. Brendan Church Auditorium**  -  Miami  - January 2002
Presentation on Human Rights

**Florida Psychiatric Society  -  Annual Meeting**  -  Miami -  November 2001
Presentation on Human Rights

**Kendall Regional Medical Center**  -  Miami -  November 2001
Presentation on Human Rights

**Rollins College -**  Orlando, Florida - October 2001
Panel presentation on Human Rights

**Cedars Medical Center**  -  Miami  -  October 2001
Presentation on Human Rights

**Casa de los Municipios**  -  Miami  -  July 2001
Presentation on Human Rights

**Baptist Hospital Network  -**  Miami  -  June 2001
Presentation on Human Rights

**United States Congress - International Relations Committee Room**  -  June 2001
Presentation on Human Rights.  Hosted by Rep. Ileana Ros-Lehtinen

CURRICULUM VITAE  -  Lydia M. Usategui, M.D.  -  Page  4 of  5

**University of Miami  -**  May 2001
Presentation on Human Rights.

**Loyola University -**  New Orleans, La.  - May 2001
Presentation on Human Rights

**Cuban-American Psychiatric Association  -**  New Orleans, La.  -  May 2001
Presentation on Human Rights - during Am. Psychiatric Assn. Annual Meeting

**Tower Theatre**  -  Miami -  March 2001
Presentation on Human Rights

**Cuban Culltural Heritage Foundation**  -  Key West  -  November 2000
Panelist in cultural event

**IberoAmerican Summit of Presidents -** Panama - November 2000
Panelist in briefing to international press regarding Human Rights

**Cuban Medical Convention**  -  Miami  -  July 2000
Presentation on Human Rights

**Rollins College**  -  Orlando, Florida  -  March 2000
Panel presentation on Human Rights

# TELEVISION AND RADIO APPEARANCES

NATIONAL & INTERNATIONAL
British Broadcasting Corporation (BBC) - Radio interview for all Europe
Univision - Latin America  -  Television interview
"Mayin Correa"  - Panama - Radio interview
Channel 5  -  Panama - Television interview
Radio & T.V. Marti (broadcast to Cuba)- interviews
Hannity & Colmes Program - Television interview
Fox News - Television interview
CNN Network - Television interview
Wayne Lapierre Radio Show - Wash.D.C. - interview
Jane Chastain Radio Show - Los Angeles - interview

SOUTH FLORIDA
WLRN - Channel 17 - Television interview
WPLG - Channel 10 - "This Week in So. Fla." Television interview
WSCV – Channel 51 Telemundo – Television interviews
AMERICATV – Canal 41 – "A Mano Limpia" Television panel
MEGA – Canal 22 – "Polos Opuestos" & "Maria Elvira Confronta"
Radio Paz - 830AM - interview
Radio Mambi - 710AM - several interviews
Radio WQBA - 1140AM - several interviews
Radio 670AM – La Poderosa – interview

CURRICULUM VITAE  -  Lydia M. Usategui, M.D.  -  Page  5 of  5

# NEWSPAPERS AND MAGAZINES:  CONTRIBUTIONS

Newsletter - American Academy of Child & Adolescent Psychiatry
Newsletter - American College of Physicians & Surgeons
On-line Magazine - National Review  - interview
Los Angeles Times – interview
The Miami Herald - interviews
El Nuevo Herald - Miami - several interviews
Diario Las Americas - Miami - several interviews

Updated July 2006

Exhibit 2

# A CONT    ANALYSIS OF THE BOOK VA    S A CUBA

Juan Clark, Ph.D.[1]

This book, in Spanish, is designed for the elementary school level with the purpose of introducing Cuba to young children. This is a brief analysis, taking into consideration its accuracy (by action or by omission), and language use. The original text will be accompanied by an English translation and a pertinent comment. Our overall assessment indicates the presence of a considerable amount of inaccuracies (in 14 out of its 29 pages of text), and an unclear-ambivalent language in a number of cases. The book completely ignores the dramatic totalitarian system imposed and its consequences, particularly to the Cuban children.

P.5   *La gente en Cuba come, trabaja y estudia como tú. Pero en Cuba hay cosas únicas.*
**The people in Cuba eat, work and study like you. But in Cuba there are unique things.**
It is ignored that there is a rationing system for food in place since 1962, causing a great amount of anguish in all households. There is very little private work since the system attempts to keep a tight control on this economic dimension, to the point of making it a crime to exercise private initiative or to have private practice of a profession. Practically everyone must work for the government. Education is permeated by political control and indoctrination, as well as by discrimination, but with great privilege for children of the elite.

P.10   *....También hay edificios antiguos muy lindos y edificios nuevos.*
**....There are also very pretty old buildings and new buildings.**
This last sentence unbelievably omits the blatantly deteriorated conditions of once thriving cities, particularly large areas in old Havana. This is to the point that some of those areas look like a WWII German bombed city, resulting from sheer neglect by the government, which in practice owns all buildings.

P.11   *En el campo, las casas son sencillas. Se construyen con troncos de palmas. Los techos son de hojas de palma o de paja.*
**In the countryside, houses are simple. They are built with palm trunks. The roofs are made of palm leafs or straw.**
It should have been said that many houses are built that way, but certainly not the majority of those in the countryside. Furthermore, the described houses *(bohíos)* are not built with the trunk of the royal palm since that would destroy the palm, but with (the *yagua*),the upper part attached to the trunk of the long leaf (the *penca*). No straw is used in the roof, only the leafs.

P.13   *En Cuba se dan muchas frutas. El plátano, la piña, la naranja y el mango son de las favoritas....*
**In Cuba many fruits are grown. Bananas, pineapples, oranges and mangos are the favorites.**
Certainly many fruits are grown there. But these are rationed, since the best is exported. It is a fact that children in Cuba are suffering from malnutrition resulting from the totalitarian system imposed on agriculture production where the government attempts to control most of what the remaining small farmers (very harassed by the government) produce. Certainly the picture in the book does not seem to show any of the above-mentioned fruits. By the way, it is illegal for farmers to sell any produce or fruits directely to the people, only through the approved governmental channels.

P.15   *Para las celebraciones, los señores se ponen pantalón y camisa blancos. Las señoras se ponen vestidos de colores con volantes.*
**For the celebrations, gentlemen wear white pants and shirts. Ladies wear colored dresses with ruffles.**
This is indeed an over-generalization prompted by a tourist attraction in which blacks are mostly shown for that purpose. It is incorrect to generalize that there is uniformity in this dressing style, as implied by the text. The vasta majority of Cubans lack adequate clothing and can't afford these "typical" outfits.

P.18   *...no hay muchos carros. En las ciudades, se ven carros viejos de los Estados Unidos. Mucha gente viaja en guagua.*
**...there aren't many cars. In the cities you can see old cars from the United States. Many travel in buses.**
Again, omission produces the most serious inaccuracy. Cubans cannot buy new cars, only foreigners can. Natives are forced to use bicycles or the highly inadequate public transportation. In Havana, the *Camellos* (a bus-tractor trailer contraption) may carry up to 300 persons under horrendous conditions. Any type of transportation for the native is an odyssey. The opposite is true for tourists. Certainly the writer did not try the native's system.

P.19   *En los caminos del campo, se usan carretas tiradas por animales. Los animales también aran la tierra.*
**In the countryside, carts are used drawn by animals. Animals also plow the land.**
This is quite true, but this picture was the result of the totalitarian system applied to agriculture. Before Castro, agriculture was quite mechanized. The name of the animals are *bueyes* (oxen). It should have been said that *bueyes* are used to plow the land...by themselves they don't plow the land.

---

[1] Dr. Clark, a sociologist, Professor Emeritus of Miami-Dade College, has researched and written extensively about the Cuban exodus and living conditions on the island.

P.21   *Las letras del español y del in[g]...[c]on parecidas, aunque tiene unas cuantas l...nás.*
**The English and Spanish letter[s] resemble each other, although Spanish has ___w more.**
The alphabets of both languages have exactly the same type of letters and not simply resemble each other. And yes, Spanish has a few additional ones.

P.22   *Los niños estudian en la escuela de los cinco a los catorce años....*
**Children go to school from five to fourteen years of age...**
Its is true about the age span, but there is a radical qualitative difference. Education is a rigid monopoly of the totalitarian system, since no private education is allowed. The school in Cuba is also a primary instrument of political control and repression. A brief look at the Cuban report card (the *Expediente Acumulativo del Escolar*) clearly shows how it not only records the students' academic record, but also their political behavior, and for that matter, that of the parents as well. Not having a "political stain" in that record is crucial to have access to the university level, since "the universities are for the revolutionaries."

P.23   *...Todos los estudiantes hacen algún trabajo durante el día escolar. Unos trabajan en huertos. Los mayores trabajan en fabricas.*
**...All students do some work during the school day. Some work in the garden. The older ones work in factories.**
This is absolutely wrong. From the 6th grade on, students go to the countryside for a period of 45 days to do unpaid agricultural work, fulltime. Nowadays, from the senior high level, all must go to the countryside to do unpaid agricultural work, on a permanent basis, alternating half day in the fields and half in the classroom. Needless to say that learning suffers, in addition to great implications of the forced separation from the families at that age and the undesirable environmental conditions. High pregnancy rates in adolescence are a bi-product of this system.

P.25   *La gente va a las playas a nadar, a bucear y a pescar. Se hacen carreras de botes de remo y de botes de vela.*
**People go to the beaches to swim, to skindive and to fish. There are oar and sail-boat races.**
Again, the writer omits that the best beaches are only for tourists, where natives are not allowed, in a way never seen in Cuba before Castro. He had promised that beaches would be open to everyone. I wonder where the writer went to see the above-mentioned races, since the traditional ones were abolished by 1960.

P.27   *A Cuba llegaron católicos. También llegaron africanos. Por eso las celebraciones cubanas son una mezcla de creencias africanas y católicas.*
**Catholics arrived to Cuba. Africans also arrived. For that reason Cuban celebrations are a mix of African and Catholic beliefs.**
The author mixes a religion with race. Should have said, "Spaniards, who were mostly Catholic..." Africans did not simply arrive; they were forcefully brought in as slaves. We will have to assume the author refers to religious celebrations. Catholic celebrations don't have any African influence. Only in the case of *Santería*, a syncretism between the Catholic and African religions, is there a mix of both in their celebrations.

P.28   *La música cubana mezcla ritmos de Africa y de España. Se toca con guitarras, tambores y maracas hechas de calabazas....*
**Cuban music mixes rythms from Africa and Spain. It is played with guitars and maracas made of pumpkins.**
It is debatable the first sentence, since the most classic Cuban music, that of Master Lecuona, known around the world uses mostly the piano. To say that *maracas* are made of pumpkins shows the utter ignorance of the writer on this matter. The *maracas* are made from the *guiro* fruit, dried and properly processed.

P.29   *En un valle de Cuba, hay unas grandes pinturas a color en piedras y en cuevas. Las pintaron los habitantes de Cuba hace unos mil años.*
**In a Cuban valley, there are big colored paintings, on the rocks and caves. These were painted by Cuba's inhabitants about a thousand years ago.**
This is probably the worst factual error in the book. This paint was made in the 1960s; it is advertised that way in Cuban tourist information and in the Internet, yet, unbelievably, the writer introduces this gross misinformation that really has no excuse. This huge painting, called *Mural de la Prehistoria* is located in the Valle de Viñales in Pinar del Rio province.